UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.     EDCV 07-01309-SGL (JCRx)                                              Date:  April 22, 2009

Title:     UNITED STATES OF AMERICA -v- HARVEY DURO, SR. and DESERT MOBILEHOME PARK, INC., a California corporation
==========================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

       Cindy Sasse                                        None Present
       Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                       None present

**PROCEEDINGS:**     **ORDER REQUIRING SUBMISSION OF ACCOUNTING INFORMATION**

      On April 15, 2009, the Interim Receiver provided to the Court in camera an accounting of the receivership that included a profit and loss summary of the receivership, a profit and loss detail of the receivership, and a summary of the unpaid invoices of Mark Adams.  The Court has reviewed this accounting, which shows cash disbursements made to funds available from the CDFI loan proceeds.

      To update the *post hoc* accounting that is currently part of the record, the Court **ORDERS** that the Interim Receiver to file, under seal, and no later than two days from the entry of this Order, the accounting provided to the Court on April 15, 2009.  The Interim Receiver must serve the accounting on all parties.

      **IT IS SO ORDERED.**

MINUTES FORM 90                                                       Initials of Deputy Clerk __cls_____
CIVIL -- GEN                                   1