THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
    California Bar No. 119926
MONICA L. MILLER
Assistant United States Attorney
    California Bar No. 157695
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561/4061
    Facsimile: (213) 894-7819
    jon.klinck@usdoj.gov
    monica.miller@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. EDCV 07-1309 SGL (OPx) |
| Plaintiff, | |
| v. | **UNITED STATES' RESPONSE TO FORMER RECEIVER'S APPLICATION FOR ADVANCES AND EXPENSES** |
| HARVEY DURO, SR. and DESERT MOBILEHOME PARK, INC., a California corporation, | |
| Defendants. | Hearing: July 6, 2009 |
| | The Honorable Stephen G. Larson |

Mr. Adams acknowledges that he has no contractual right to the fees and expenses he requests. "I do not claim any contractual right to payment." Final accounting of Duroville Renaissance Corporation 2:17.

It was established at trial that at Duroville there are currently existing severe risks to human health. These risks will cost a great deal of money to ameliorate, and even more to cure. Since Mr. Adams admits he has no contractual claim to any payment, which presumably will ultimately come out of the operating funds of

the mobile home park, the United States respectfully submits that Mr. Adams not be paid for the work described, which he performed as a volunteer.  The work was not done at the direction of the Court.  In consequence, there are better and more deserving uses of the limited funds available, such as the repairs the Court ordered the current receiver, Mr. Flynn, to complete as set forth in the April 30, 2009 Order.

As a further reason to deny Mr. Adams' requested payment, it bears noting that Duroville is operating on Mr. Duro's allotment, and any payment to Mr. Adams will ultimately be paid at Mr. Duro's expense.

DATED:   June 12, 2009

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney

_____/s/_____

JONATHAN B. KLINCK
Assistant United States Attorney
MONICA L. MILLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America