J. Scott Zundel, Esq.
State Bar No 63303
J. SCOTT ZUNDEL
LAW OFFICES
74-000 Country Club Drive Suite C-4
Palm Desert California 92260
(760) 568-0387 Telephone
(760) 423-0623 Facsimile
Attorney for Defendants Harvey Duro, Sr.,
and DESERT MOBILEHOME PARK INC., a California corporation

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** v **HARVEY DURO, SR. and DESERT MOBILEHOME PARK, INC., a California corporation,** **Defendants** | NO.  EDCV 07-1309 SGL (JCRx) **DEFENDANTS OPPOSITION TO APPLICATION OF MARK ADAMS FOR FEES** COMPLAINT FILED: October 9, 2007 HEARING DATE:   July 6, 2009 TIME:          10:00 a.m. COURTROOM:     One **THE HONORABLE STEPHEN G. LARSON** |

    Defendants, Harvey Duro, Sr., and Desert Mobilehome Park, hereinafter, "Duro" submits the following Argument in Opposition to Plaintiff's Motion for Fees.

    1.   This Court previously ordered payment to Mark Adams of fees in the amount of $122,000.00 for services rendered during the period February 11, 2009 to May 15, 2009. Neither Mark Adams nor any of his related or affiliated

      corporations would be entitled to further compensation for services/expenses/costs and etc during this period.

2. During the period of May 1, 2009 to approximately June 2, 2009 Duroville Renaissance Corporation acted as park manager at the request of this court and with the concurrence of Defendant, Harvey Duro Sr. A written agreement was submitted to Mark Adams by Defendant but he refused to sign same. Said agreement limited the compensation/reimbursement of expenses to $15,000.00 per month.

3. During the period of time from July 1, 2009 to April 30, 2009 Mark Adams/Duroville Rhinestone Corporation operated under the Court's order dated June 15, 2009 which limited compensation to $15,000.00 per month.

4. Reasonable compensation for managing the Duro mobilehome park should not exceed $15,000.00 per month including expenses. The mobilehome park cannot afford to pay any greater amount.

Defendants' respectfully contend that Mark Adams and/or Duroville Renaissance Corporation's compensation be limited to the lesser of the amounts set forth in paragraphs 1 & 2 above or reasonable compensation minus payments received.

| | | |
|---|---|---|
| 1 | June 15, 2009 | LAW OFFICES OF J. SCOTT ZUNDEL |
| 2 | | BY |
| 3 | | S/J. SCOTT ZUNDEL |
| | | J. SCOTT ZUNDEL, ESQ. ATTORNEY |
| 4 | | DEFENDANTS, HARVEY DURO SR. and |
| | | DESERT MOBILEHOME PARK, INC., a |
| 5 | | California corporation |