## Mark Adams

| | |
|---|---|
| **From:** | Mark Adams [madams@calreceivers.com] |
| **Sent:** | Friday, January 23, 2009 12:03 PM |
| **To:** | 'Mark Adams'; 'Klinck, Jon (USACAC)'; tflynn101@gmail.com; 'Scott Zundel'; 'Arturo Rodriguez'; Chris@hiltonps.com |
| **Cc:** | 'Weidman, Lee (USACAC)'; monica.miller@usdoj.gov; Alex.Gregg@fire.ca.gov; James_Holmes@cacd.uscourts.gov |
| **Subject:** | RE: DURROS |
| **Attachments:** | image004.jpg |

I want to update all of you on the debris removal from the fire safety order.

I'm on site today. I've driven each of the streets personally. With the exception of 1 half block area, all streets are passable for cars and trucks. We have approximately 15 people working today (some paid, some residents working off delinquent rent and some Good Samaritans) hauling the piles to rubbish storage area. We also have 2 tractors, one large dump truck and 3 pickup trucks at work. The half block will be cleared today so that all roads are passable. If we aren't done with the hauling by today, it will be done by close of business on Saturday.

I'll report again tomorrow.

**Mark S. Adams, Esq.**
President
California Receivership Group, LLC
150 South Barrington Avenue, Suite 100
Los Angeles, CA 90049
Telephone: (310) 471-8181
Facsimile: (310) 471-8180
E-mail: madams@calreceivers.com



PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

**From:** Mark Adams [mailto:madams@calreceivers.com]
**Sent:** Wednesday, January 21, 2009 4:13 PM
**To:** 'Mark Adams'; 'Klinck, Jon (USACAC)'; 'tflynn101@gmail.com'; 'Scott Zundel'; 'Arturo Rodriguez'
**Cc:** 'Weidman, Lee (USACAC)'; 'monica.miller@usdoj.gov'; 'Alex.Gregg@fire.ca.gov';
'James_Holmes@cacd.uscourts.gov'
**Subject:** RE: DURROS

I'm told that 70% of the debris is now removed from the streets. I'll give another report tomorrow.

**Mark S. Adams, Esq.**

Ex "2"

President
California Receivership Group, LLC
150 South Barrington Avenue, Suite 100
Los Angeles, CA 90049
Telephone: (310) 471-8181
Facsimile: (310) 471-8180
E-mail: madams@calreceivers.com



PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

**From:** Mark Adams [mailto:madams@calreceivers.com]
**Sent:** Wednesday, January 21, 2009 1:44 PM
**To:** 'Klinck, Jon (USACAC)'; 'tflynn101@gmail.com'; 'Scott Zundel'; 'Arturo Rodriguez'
**Cc:** 'Weidman, Lee (USACAC)'; 'monica.miller@usdoj.gov'; 'Alex.Gregg@fire.ca.gov'; 'James_Holmes@cacd.uscourts.gov'
**Subject:** RE: DURROS

Tom Flynn is on a family emergency in San Diego. I'm handling all matters in his absence.

I have already prepared a complete report to Judge Larson re compliance with his fire safety order of 12/18/08. You'll all be receiving a CD version in the mail tomorrow. It is too late to include the information you provided below in that report since the report is already in the mail. By a copy of this email, I am bringing your concern to his clerk's attention.

Over the last week, 198 families dismantled their overhangs, tore down their wooden add-on rooms and moved their propane tanks outside. Probably half of those residents completed their work on Sunday or Monday (2 days ago).

That compliance with the Court's order has indeed created an enormous amount of rubbish and debris which is in the process of being hauled away. I am advised by park staff that the hauling is about 50% completed and should be 100% complete shortly.

I beseech anyone who has a constructive idea on how we/you can speed up that process to step forward immediately. In the meantime we are doing everything in our power to complete the work required by Judge Larson's order and haul away the rubbish. Please let Riverside County Fire know that Chris Hilton is on site. His cell is (562) 449-7323. Either Tom or I will be on site Friday. My cell is 310-739-7359.

Happy to answer any questions. Thanks to Riverside County Fire for all they do. And I'm glad to hear that even with the problems they were able to get their important job done.

**Mark S. Adams, Esq.**
President
California Receivership Group, LLC
150 South Barrington Avenue, Suite 100

6/25/2009

Los Angeles, CA 90049
Telephone: (310) 471-8181
Facsimile: (310) 471-8180
E-mail: madams@calreceivers.com



**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.

**From:** Klinck, Jon (USACAC) [mailto:Jon.Klinck@usdoj.gov]
**Sent:** Wednesday, January 21, 2009 12:57 PM
**To:** tflynn101@gmail.com; madams@calreceivers.com; Scott Zundel; Arturo Rodriguez
**Cc:** Weidman, Lee (USACAC); monica.miller@usdoj.gov
**Subject:** FW: DURROS

Dear Mr. Flynn,

　　　　Please include Captain Hart's information in your next report to the Court.

**From:** Gregg, Alex [mailto:Alex.Gregg@fire.ca.gov]
**Sent:** Wednesday, January 21, 2009 9:55 AM
**To:** Klinck, Jon (USACAC); aramirez@torresmartinez.org; ben@torresmartinez.org; jchapman@torresmartinez.org; joann.koda@bia.gov; ralph.satterberg@bia.gov; rgluck@aqmd.gov; Chin.Willard@epamail.epa.gov
**Cc:** Evenson, Dale
**Subject:** FW: DURROS

All,
I have been by Duros myself and yes the roadways inside the park are full of debris from the addition removals; making it very difficult to drive through the property.

Thanks,

Alex Gregg, Battalion Chief



*Riverside County Fire Dept.*
*Mecca Battalion Six*
1377 6th St.
Coachella, Ca 92236
Office: 760 398-2107
Cell: 760 272-8837



6/25/2009



**From:** RRU Oasis Stn
**Sent:** Wednesday, January 21, 2009 9:13 AM
**To:** Gregg, Alex
**Subject:** DURROS

Chief,

Last night at about 8pm the on duty crew at 42 ran a medical aid in Durros.  The park has been working on removing a lot of the sheds and attachments to the trailers.  There are piles of plywood and debris in all the streets as they remove them from the yards. The AMR unit arrived on scene to find multiple nails in their tire that went flat on scene.  This call was for chest pain and second unit had to be dispatched.  The piles of debris are making travel very difficult and are blocking the hydrants. I will be attempting to contact the employees from the Durroville Renaissance Corp. to see what they can do to make changes to the current situation.

Ted Hart
Fire Captain
CAL FIRE
Station 42
Oasis