UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

Case No.    EDCV 07-01309-SGL (JCRx)                                     Date: July 6, 2009

Title:    UNITED STATES OF AMERICA -v- HARVEY DURO, SR. and DESERT
         MOBILEHOME PARK, INC., a California corporation
==================================================================
PRESIDING:    HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Gary George |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Jonathan B. Klinck                                          J. Scott Zundel
                                                            Arturo Rodriguez & Chandra Spencer,
                                                            Intervenors

Mark S. Adams, Prior Receiver
Thomas J. Flynn, Current Receiver
Douglas G. Tennant, Movant CCDFI

PROCEEDINGS:    APPLICATION FOR ORDER DIRECTING REIMBURSEMENT OF
               RECEIVERSHIP ADVANCES AND EXPENSES, NO. 229

   Court hears oral argument and takes the matter under submission.