FILED
CLERK, U.S. DISTRICT COURT

JUN 2 9 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

First Report of Receiver Thomas J. Flynn
Regarding Duroville Operations and Compliance with Court Orders
In April 30, 2009 "Order Re Remedies After Bench Trial"
Issued by Hon. Stephen G. Larson, U.S. District Judge
Case EDCV 07-01309-SGL (JCRx)
United States v. Harvey Duro, Sr., and Desert Mobilehome Park, Inc.
Report Submitted June 15, 2009

1. I was appointed as Receiver by the Court on April 30, 2009 and ordered to file monthly reports. I declare under penalty of perjury that this Report is true and correct. My work at Duroville constitutes the entirety of my professional activities and source of income.

2. During the month of May, 2009, Duroville Receivership Organization Inc. was formed as a California non-profit public benefit corporation to support operations of the Duroville receivership including rights and obligations relating to employees, contractors, contracts, vendors, suppliers, agencies, and others.

3. Because this is the First Receiver's Report since the April 30, 2009 decision, I invite all parties to make candid, direct, and unvarnished suggestions as to format and content presentation.

4. I will divide this First Report into three sections: first I'll present what I consider 15 paramount developments at the park since the April 30 decision. Secondly, I'll present those urgent items for which I respectfully request input from parties and ultimately direction from the Court. Third, I'll present a recap of 16 specific Court ordered items in the April 30, 2009 Court Order and present current status (understanding that section one may include overlap with section three). Appendices providing further detail or exhibits are attached, as cited.

Section One:  Summary of Park Developments

A. **Rents**. May rents: $104,536.16 compared to April rents $68,397.13. Financial summary in Appendix AA. Back-up is available. It is planned that quarterly Receiver Reports will contain the full financial documentation for the three months, bank back-up, and other back-up information.

B. **Back Rent/Evictions**. I instituted a program to concentrate our demand for back rent/utilities on an initial group of 41 tenants who

1

were in arrears as far back as July 1, 2008. No rent/utilities due before July 1, 2008 were demanded. I wanted to collect full back rent/utilities or negotiate and enforce catch-up payment commitments with a manageable group of tenants before starting on a next group of 30 tenants. The results were: nine tenants have left the park; 32 have entered a back rent/utilities program that calls for keeping current with due rents/utilities and honoring negotiated payment commitments for catching up over time with back rent/utility obligations. Failure by these tenants to meet current rent/utilities or back rent/utilities commitments will lead to quick petitions by me to the Court to initiate OSC action. A similar program with a second group of 30 tenants has started. Appendix A identifies the departed tenants and the terms and tenant names involved in the back rent/utilities program.

C. **Wooden Structure Removal Program.** There are still six tenants who have not removed the wooden structures to comply with the Court's Order, or asked park personnel to remove such structures. I seek OSC issuance to each of these tenants. Appendix B identifies the names of the recalcitrant wooden structure tenants.

D. **Relocation Housing.** Finding suitable relocation housing now or in the future as availability expands is a high priority. Working with leadership at DACE (Desert Alliance for Community Enterprise), Coachella Valley Housing Coalition, and the County of Riverside Economic Development Agency (Housing Division), we arranged for senior representatives from the organizations to come to Duroville to make presentations. Initial evening presentations were made to our block captains and the Purepechan Council to describe housing availability and plans for future availability. Working with Duroville community leaders and park staff, the non-profit and County executives and managers will develop and implement a strategy for communicating housing options to individual Duroville residents. Follow up meetings with groups of residents are on the schedule. DACE and CVHC (Housing Coalition) have specified limited but available housing in the area for those who qualify. Information is included in Appendix C. Presentations were excellent and well received. Mr. Emilio Ramirez, Deputy Director of County EDA, and five senior members of department staff met with our block captains, Purepechan Council, and other community leaders (30 total) to discuss the Mountain View Estates development that starts to

2

become available in 2010. My goal with the County and non-profits is to sign up as many residents as possible for their programs—that is, get as many Duroville residents on lists and under consideration for programs as possible. I have offered the County and non-profits use office space and the meeting room for their sign-up campaigns at Duroville, and offered our staff help at Duroville to facilitate marketing/sign up efforts and assistance in ongoing organizing of meetings and one on ones sessions. This program of outreach and assistance will continue. A copy of the recent County presentation to Duroville residents is in Appendix D.

E. **Tribal Meeting.** I had a wide ranging in person meeting with Torres Martinez Chairwoman and senior staff at the Tribe. Under discussion were topics as diverse as electricity repairs, proposed licenses, and dog control. I reported to counsel for the Tribe after the meeting. Subsequently, I had a phone conference with counsel for the tribe on Receivership-Tribe matters, and I expect to have an in person meeting with Tribal counsel, Tribal leadership, and others on a wide agenda of items in the near future.

F. **Jack Kerin Consulting Relationship Has Started.** The expertise and relevant experience of Mr. Jack Kerin to the germane issues of Duroville mobile home repair and park infrastructure is apparent and obvious. Kerin Construction and Code Consulting was retained by the Receivership to develop a practical program for assessing and completing the hierarchy and inventory of needed repairs for the aging mobile home inventory at Duroville. Mr Kerin has made two all day inspections to Duroville. He has crawled under, climbed over, and entered a dozen or more Duroville homes to develop replicable criteria for repairs that are practical and achievable for the mobile homes. The rubric of this "shelter in place" inspection guideline approach includes cost estimates of materials, man-hours required, and level of expertise needed for repairs. I believe this "Kerin Guideline" will serve well the trailer by trailer requirement for health and safety improvements for Duroville mobile homes. I believe the "Kerin Guideline" could become a standard for "shelter in place" repairs for similarly distressed mobile homes in other parks. The materials prepared materials by Mr. Kerin are in Appendix E. I am actively seeking grant or other support to for an expanded program of tenant repairs following Mr. Kerin's practical and innovative proposed program.

While we have developed an inspection procedure, we'll need funds to pay for the several hundred inspections under the guidance of Mr. Kerin, and tenants may require outside funds to buy materials and complete repairs.

G. **Charitable Support.** The April 30, 2009 Decision prompted significant offers of donations to residents and the Duroville community from charitable organizations that will advance compliance with the Court Order. Offers of assistance started within days of the Court decision.

- For example, under leadership of Office of Social Concerns (Sister Gabi) three private donors and a fund of the Diocese of San Bernardino purchased smoke alarms, fire extinguishers, garbage cans with lids, and straps for propane tanks for every unit at Duroville. Home Depot agreed to a steep discount in unit prices. Deliveries of the $25,000 in donated items have commenced. Installation is commencing and fire extinguisher training is scheduled.

- Groups of contractors/volunteers are planning how to build and deliver new standardized steps with railings to every unit.

- Three private donors and a parish in Palm Desert have committed to funding significant monthly deliveries of food to each family unit at Duroville. The annual budget for assembling and delivering food pallets to Duroville mobile homes is $200,000 in addition to donated food and volunteers. Catholic Charities will deliver the monthly food shipments to each mobile home family. Deliveries start June 17.

- Southwest Church has renewed their offer to help remove the remaining debris field (about 50% remaining) from the Court's wooden structures removal campaign. In addition, volunteers from the Church have identified surplus playground recreation equipment in a nearby city.

- Two used station wagons were donated for use at the park.

- The leader of the Riverside County Red Cross came to Duroville to initiate a safety program that will involve instruction to tenants on earthquake and fire safety (including what the park should prepare and stockpile in terms of water, food, medical supplies etc. for earthquake or other natural disasters.) Fire safety in the homes is a priority.

- The Associate Dean of the School of Medicine at the University of California, Irvine, brought a delegation of medical students and personnel to Duroville and has committed to arranging a visiting/mobile women's health clinic for Duroville women who do

4

not have ready access to medical facilities because of our remote location.

H. **Lazarian Homes Agreement with Mr. Duro.** Mr. Kenn Coil of Lazarian World Homes informed me that his organization had executed a memorandum of understanding with Mr. Duro for a six month exclusive period to negotiate a long term arrangement to build their innovative shelter homes for sale to current or future residents of Los Duros. The memorandum of understanding is in Appendix F. It contemplates a 99 year land lease, operating agreements, infrastructure investment, and other important elements. Parties may recall introduction of the Lazarian Homes to Duroville at the initiative of Mr. Mark Adams as part of the DRC provisional receivership. Since that filing, Lazarian Homes, a non-profit organization with completed projects in Mexico, Armenia, and USA, has completed a classroom structure using the innovative housing technology at Body of Christ Church on Torres Martinez tribal land with successful inspection sign offs by the Tribe. Mr. Duro was instrumental in this project that benefits the congregation, the Tribe, and demonstrates the innovative building method.

I. **Dogs.** The problem of an out of control canine population at Duroville is well known. There are too many dogs, too many unclaimed dogs, too many dogs without shots, too many dogs unsprayed or un-neutered. By inviting a local canine rescue/veterinary medicine charity into Duroville during the past year, about 220 spay/neutering cases were completed. However, there are many hundreds of dogs that need care, shots, or adoption. Unless a comprehensive campaign is undertaken, the problem will not be solved. Starting earlier this year, national canine organizations and local Southern California canine organizations contacted Duroville staff to help with the Duroville problem, and organizations have contacted and visited Duroville to assess the problem and devise solutions. The notoriety of Duroville and the wide press coverage that included articles and broadcasts about dogs was important to garnering attention. Once the Court decision April 30, 2009 was announced, several national organizations with experience in canine population care approached Duroville with specific offers to help.

5

The national organizations include National Humane Society HSVMA field services, Best Friends Animal Society that flew in experts from their national headquarters in Utah, Pet Smart Charities based in Phoenix, and local groups like Adopt a Pet and Animal Samaritans. On June 19, there will be a "summit" at Duroville to assess proposals and approaches. In essence, all 600-800 dogs (estimate) must be tagged, provided shots, spayed/neutered, and hundreds of adoption alternatives must be created and implemented. Because of the national notoriety of Duroville, national organizations and local organizations look at this as an opportunity to show how to solve this kind of large scale overpopulation/neglected canine situation. In the meantime, dog adoptions at a modest level are continuing, as well as modest levels of shots, and significant donations of nutritious dog food continues to arrive at Duroville. The national organizations believe solving this Duroville situation deserves national publicity to encourage the solving of similar situations in the nation.

J. **Arsenic.** I met with EPA to exchange updates on the long term solutions of treating well water under the current federal regulations. The proposal of the water line and sewer extension along State Highway 195 is dormant. In the interest of finding a solution for arsenic treatment as soon as possible rather than just waiting for underfunded government programs or trying to conceive how to afford an onsite treatment plant, a wide range of home by home treatment solutions for pentavalent arsenic and trivalent arsenic are being studied with experts, vendors, and government science resources.

K.**CDFI** . CDFI provided funding for loans to the original Receivership in 2008. CDFI has informed me that that the loan was due April 1, 2009 and expects the loan to be repaid in the next 18-24 months. A memo from CDFI to me describing the original loan and proposed loan terms for repayment are included in Appendix G.

L. **Electricity Repairs.** As collateral damage to an arson incident at Duroville, 13 units lost connection to the electrical grid in March. It was the position of IID and tribal inspectors that significant repairs and upgrading of the impacted section of the Duroville grid was required to not only repair the arson related damage but to replace "jerry-rigged" unpermitted electrical repairs that had been implemented in the zone over the years. The repair and upgrading project was extended, had set backs, required redesign and changed

specs, and included installation of a new 400 amp panel. The inconvenience and dislocation to the lives of impacted residents was considerable and tested the patience of many. The reconnection was finally completed at a cost of approximately $20,000. The electrical hook up to the grocery store will cost an additional $20,000 which the park is not in a position to finance at this time. The store is running on auxiliary generator power at this time. The store proprietor is engaged directly with tribal authorities and IID, and an electrical firm, to conceive a suitable repair plan. If the proprietor cannot or will not finance such a repair hook-up, the store will unfortunately have to close. The Laundromat has already moved from the park because of earlier electrical failure in 2008 and prohibitive cost of installing acceptable electrical service.

M. **Mosquitoes and Vector Control.** Authorities from the Coachella Valley Mosquito and Vector Control District spent half a day at Duroville with me and staff to review needed work and maintenance on the sewage ponds. The summer season is the right time of the year to continue defoliation maintenance of the ponds. I expect a report from the District outlining their expectations.

N. **Embezzlement Case.** The civil suit against the former DMHP/DRC employee who stole $26,000 included an appearance by us, and at the request of the District Attorney and attorney for the defendant, we were asked to continue the matter to June 30 with the expectation that restitution may be included in a plea bargain on the felony matters. We would be asked to approve any restitution offer.


**Section Two**: Request for Input from Parties and Instruction from the Court on Specific Items.

1. **Lazarian Homes** is anxious to proceed with important elements of the Memorandum of Understanding with **Mr. Duro.** I believe a clearly defined process for reviewing this proposed program should be set up involving Mr. Duro, United States, Intervenors, and the Court. If it is decided that such a review await the conclusion of the six month "cooling off period ordered on page 12 of the April 30 decision, Lazarian Homes should be notified.

2. **CDFI** is anxious to proceed with a repayment plan for funds advanced to the first Receivership. I request input from the parties and Instruction from the Court on how to proceed, or whether CDFI should petition the Court directly on its own behalf.

3. **OSC Wooden Structures.** As noted in Section One C. above, there are 6 tenants who have not taken down wooden structures. I ask for input from parties and instruction from the Court on serving appropriate Orders on the parties who are listed in Appendix B.

4. **Eviction Procedures.** As noted in Section One B. above, nine tenants left the park before being evicted, and 32 tenants have signed up for keeping current on all rent/utilities and making payments toward back rent obligations. It is a near certainty that at some point there will be a default by a tenant. What process should be implemented to effect such an eviction when we have that situation?

**Section Three:** Recap of 15 Specific Items in the Court Order of April 30, 2009 with status.

From April 30, 2009 Court Order, page 10: "To address the most pressing health and safety concerns at the Park, the Court ORDERS the Receiver to oversee and implement the following measures as soon as possible:

1. Court: "Encourage park residents to relocate to safe, healthy, affordable and available housing....."

Status: Please refer to Section One D. above.

2. Court: "Establish and enforce a one way road system with appropriate signage:"

Status: I am working with Pueblo Unido CDC and Mr. Jack Kerin on this plan. It is not quite as simple as first believed because we'll need

8

some re-engineering of some exit roads. However, this project should be completed within 30 days including signage.

3. Court: "Identify any sewage, water, and/or propane gas leaks on or adjacent to any mobile homes and direct the motor coach owner responsible for the leaks to remedy the leaks, including raising the sewage infrastructure to offset grading deficiencies."

Status: Inspection for propane leaks is proceeding with installation of propane tank straps. Other items will become part of Kerin Guideline program.

4. Court: "Enforce Court's Order of December 18, 2008, to secure propane outside the mobile home and further direct residents to secure said propane tanks on a stable surface with appropriate strapping and secure valves."

Status: The installation of straps for every unit recently received from Home Depot will include proper surfaces and inspection of condition of the tanks.

5. Court: "Identify any exposed electrical wiring on any mobile homes and direct the mobile home owner to neutralize, cover, or replace said wiring:"

Status: This is at the heart of the Kerin Guideline program and the implementation of subsequent repairs.

6. Court: "Complete fencing around all sewage ponds and any debris."

Status: We may be at least 300 yards short of the cyclone fencing we need. The biggest problem is theft of fencing from the remote areas of the park. We're collecting suggestions on how to better secure fencing. At times we have a problem with theft of copper wiring from electrical systems, and stolen propane tanks.

7. Court: "Negotiate with prospective Laundromat operator to provide sanitary clothes washing facility on Park premises:"

9

Status: The biggest problem with attracting a laundry vendor involves electrical hook up charges that may be $20,000 to the vendor. We are still contacting prospective vendors. I've also raised the matter with possible donors for such a facility.

8. Court: "Negotiate with electrical utility provider to restore electricity and satisfy outstanding electrical bills."

Status: Please refer to Section One L. above about restoration of electricity. I have not yet opened negotiations about back electrical bills with IID.

9. Court: "Remove the accumulated pile of debris along the south side of the park: continue to work with volunteers from the United States Marines and other volunteers to safely and lawfully remove and dispose of said debris."

Status: Please refer to Section One G. above regarding offers to help on debris removal. Each bin that we pay for removal costs $650 (including the county dump fee) which is the main reason we haven't completed the task. We'll keep working at this.

10. Court: Ensure that all collected garbage is properly covered and contained and direct all park residents to cover and contain all garbage pending pick up:"

Status: We are working with the trash vendor to acquire covers for all accumulated trash, and directing our employees to use covers when such covers are appended to certain vendor bins. New trash cans for every unit (with lids) are due soon thanks to a donation from the diocese and private donors.

11. Court: "Direct park residents to tag their dogs and clean up after their dogs."

Status: Please refer to Section One I. above about a major dog program. The tagging of dogs should start within 30 days with donated tags, tagging system, volunteers.

10

12. Court: 'Instruct and direct park residents on repair of stairs and rails leading into and out of all mobile homes."

Status: We are working on a program with volunteers and donors to build and install new stairs for all units. Stairs can easily be standardized with a simple adjustment for varying heights/number of steps. All will have rails.

13. Court: "Co-operate with volunteer organizations that can spaying and neutering canines."

Status: This is underway as discussed in Section One I.

14. Court: "Co-operate with vector control officials to ensure adequate vector control:"

Status: Please refer to Section One M.

15. Court: "Co-operate with any available charitable and religious volunteer organizations to assist in and organize repairs and rehabilitation efforts as well as counseling for those residents undergoing relocation."

Status: I believe we are doing this and will continue to seek help from the outside.


End of Report.
Appendices are attached as cited in this Report.

I declare under penalty of perjury that the foregoing Report is true and correct.

Dated June 15, 2009

By:

Thomas J. Flynn
Court Appointed Receiver

11

**Appendix AA**

**Financial Summary**

**Duroville**
**Income/Expenses Summary May, 2009**

Note: Precipitous decline in rent collections in April caused a negative balance starting
May 1, 2009.

Income/Rents                                $104,536.16

Expenses

| | |
|---|---|
| Direct Payroll Checks | 19,120.27 |
| Payroll Disbursements | 9,864.99 |
| (EFTPS, EMP, State, Federal) | |
| Management Fee T. Flynn | 7,500.00 |
| Reimbursable Expenses | 3,538.20 |
| Harvey Duro | 2,000.00 |
| IID | 15,313.82 |
| Water Testing | 1,200.00 |
| Trash Removal | 5,000.00 |
| Off-site housing/storage | 1,500.00 |
| Accounting for DRC report to Court | 585.00 |
| Lawyer for embezzlement civil case | 1,066.51 |
| Consulting for grants applications | 2,343.75 |
| Auxiliary Power (rental/oil) | 1,866.83 |
| State Fund (Worker's Comp) | 5533.40 |
| Torres Martinez Permit | 349.00 |
| Hilton Security/Operations | 3,000.00 |
| Babcock environmental testing | 6,580.00 |
| Public event (water/soda, balloons) | 389.58 |
| Utility vehicle rental | 1049.40 |
| Gas Company | 166.00 |
| Tractor rentals | 2,650.50 |
| Electrical materials for 13 units | 903.53 |
| Petty cash(receipts in file, mostly gasoline) | 3,482.41 |

Expenses                                  $95,003.19

Operating Profit                     $  9,532.97

Appendix A

Names of Tenants Who Have Left the Park since May 1, 2009

Names of Tenants Who Have Agreed to Back Rent/Utilities Commitment

**Tenants Who Have Left the Park since May 1, 2009**

1. Vicenta Arias
2. Alba Rodriguez
3. Zenaida Pozar
4. Ciria Castano
5. Patricia Noriega/Pascual Garcia
6. Felip Benito Pasqual
7. Rigoberto A. Reyes
8. Glady Torres
9. Marco A. Mosqueda/Ana Romero

**Tenants on a Back Rent Agreement Plan**

| Sp. # | Name | Arrangement |
|---|---|---|
| #5 | Pedro Benito Gutierrez & Zenaida | w/pay $300 every 2 wks every mth |
| #10 | Ignacio Mendoza | w/pay full rent + $30 mthly |
| #12 | Imelda Gonzalez | w/pay full rent + $30 mthly |
| #15 | Rafael & Maria Martinez | $1,460 b4 5/29, full rent + $100 mthly |
| #37 | Ezequiel Gabriel | w/pay full rent + $50 mthly |
| #58 | Nubia Tellez & Isidro Valenzuela | w/pay full rent + $150 mthly |
| #63 | Jaun Paz Bravo | w/pay full rent + $50 every 2 wks mthly |
| #85A | Jose M. Ochoa & Isabel Ortiz | w/pay full rent + $50 mthly |
| #94 | Nohemi Solorzano | pay$1,000. on 5/29 & if get help & mk arrgmt |
| #101 | Jose Luis Ramos & Magdalena | w/pay full rent + $200 wkly mthly |
| #108 | Benigno Gutierrez Esteban | $300.pymt on 5/23 & getting help |
| #127 | Francisca Felipe Ramirez | w/pay $300 every 2 wks every mth |
| #128 | Alejandro Felipe | w/pay full rent + $100 mthly |
| #137 | Antonio Romaldo | w/pay full rent mthly + $800 5/18/09 |
| #155 | Feliciano Felipe & Beatriz | w/pay full rent mthly + $500 5/11/09 |
| #159 | Anselmo Contreras Mota | w/pay full rent + $1000 mthly |
| #183 | Angel Gonzalez | w/pay in full by 5/30/09 |
| #166 | Armando Vicente | w/pay full rent + $200 mthly |
| #168 | Trinidad Lopez | w/pay full rent + $50 mthly |
| #186 | Sabino Isidoro & Maribol Garcia | w/pay full rent + $50 mthly |
| #195 | Julian Benito | w/pay full rent + $100 |
| #197 | Concepcion & Maria Maldonado | w/pay $500 5/22/09 & work prog. |
| #208 | Yolanda Pascual Ochoa | w/pay $500 5/07 look 4 work single mom |
| #214B | Jose Gutierrez & Antonia Campos | w/pay full rent + $75 mthly |
| #214D | Hernal Juarez | 7/01/09 $700, then in full + $50 mthly |
| #215 | Jose Angel Serrano & Blanca C. | w/pay full rent + $50 mthly |
| #223 | Pedro Cortez & Irma Martinez | $1,300,on 5/19 & w/pay full rent + $200 mthly |
| #224 | Jose Manuel B. Gonzalez | w/pay full rent + $75 mthly |
| #228 | Luz Ester Camargo Ortega | w/pay full rent + $100 mthly start 5/24/09 |
| #247 | Francisco Benito Elais | w/pay full rent + $50 mthly |
| #265 | Thomas Zacarias & Fabiola Ortiz | pay $500 6/18 then full rent + $50 mthly |
| #273 | Eleuterio Valdez & Irene Cisneros | w/pay full rent + $60 bi-wkly mthly |

**Total Trailers on Prog.**
**33 - Trailers**

Appendix B

**Names of Tenants Who Have Not Complied With Order to Remove Wooden Structures**

## Spaces with illegal room or carport still up

| Sp. # | Name | Illegal Room or Carport |
|---|---|---|
| # 10 | Ignacio Mendoza | rooms |
| # 35A | Enrique Morales Lemus | carport |
| # 71 | Augustin Cisneros | rooms & carport |
| #156 | Florinda Quiroz | room |
| #159 | Anselmo Contreas Mota | room |
| #183 | Manuel Cisneros Lemus | room & carport |

**Total Trailers with illegal room or carport**
**6 - Trailers**

**Appendix C**

**Materials from DACE and Coachella Valley Housing Coalition Regarding Housing Availability**

# NO PIERDA ESTA OPORTUNIDAD!

## PARA ALQUILAR



## EN VENTA

**SALTON CITY/NORTH SHORE**

- $550/mo.
- 3 y 4 Recamaras / Cochera para 2 carros.
- Yarda privada
- Incluyes estufa, refrigerador, y lava platos.
- Las casas estan semi nuevas.
- Tambien tenemos apartamentos de dos recamaras disponibles. (North Shore)

- Casas comensando en los $60,000's
- Listas para mudarse.
- Asistencia para pago inicial.
- Bajos Pagos Mensuales!





| | Ingreso Anual | Pago Mensual (Aproximadamente) |
|---|---|---|
| Familia de 4 | $15,000 - $43,000 | $310 - $440 |
| Familia de 5 | $15,000 - $46,500 | $310 - $440 |

Ofrecemos programas con Intereses Bajos, Asistencia para pago inicial, Financiamiento 100% disponible.

**RANCHO** Housing Alliance Inc.

Para mas Informacion llame al Rancho Housing Alliance at 1-866-266-3223 o 760-391-5050 x 221



EQUAL HOUSING OPPORTUNITY

# Don't MISS YOUR OPPORTUNITY

## HOUSES FOR RENT!



## HOMES FOR SALE!

### SALTON CITY/NORTH SHORE

- $550/mo.
- 3 brm, 2 ba, 2 car garage.
- Pay your own utilities.
- Private yard
- Stove, Dishwasher, Refrigerator included.

**All homes like new!**
- 2 brm Apartments also available (North Shore)

### SALTON CITY AREA

- Homes starting in the $60,000's
- Ready for move in.
- Affordable monthly payments.
- Down Payment Assistance Available





|  | Annual Income | Monthly Payment (Approximate) |
|---|---|---|
| Family of 4 | $15,000 - $43,000 | $310 - $440 |
| Family of 5 | $15,000 - $46,500 | $310 - $440 |

**Programs available with Low Interest, Low down payment, or up to 100% financing.**



**For more information contact Rancho Housing Alliance at 1-866-266-3223 or 760-391-5050 x 221**



EQUAL HOUSING OPPORTUNITY

# COACHELLA VALLEY HOUSING COALITION
## SOLICITUD PARA LA LISTA DE ESPERA PARA EL PROGRAMA DE AYUDA MUTUA
### FAVOR DE NUMERAR SUS TRES CIUDADES DE PREFERENCIA

1) _____ 2) _____ 3) _____
*Primera Opción* *Segunda Opción* *Tercera Opción*

Se requiere un pago de $10.00 por persona mayor de 18 años que personas viviendo en la misma casa.
El pago es reembolso por persona de 18 años de edad. Asegurese de dejar con un
GIRO POSTAL (MONEY ORDER) NO CHEQUE PERSONAL. No olvide pedir su recibo.

APELLIDO DEL APLICANTE: _____ NOMBRE _____ SS# _____

APELLIDO DEL CO-APLICANTE: _____ NOMBRE _____ SS# _____

DOMICILIO: _____

DOMICILIO POSTAL: _____

NUMERO DE TELEFONO: ( ) _____

NUMERO DE PERSONAS QUE VIVIRAN EN LA CASA: _____ EDAD DEL APLICANTE _____ CO-APLICANTE _____

FECHA DE NACIMIENTO - APLICANTE _____ FECHA DE NACIMIENTO - CO-APLICANTE _____

CIRCULE EL NUMERO DE MENORES DE 18 AÑOS QUE VIVIRAN EN LA CASA: 1 2 3 4 5 6 7 8

INGRESO DEL APLICANTE: $ _____ MARQUE SI ES POR HORA _____ SEMANA _____ QUINCENA _____ MENSUAL _____

OTRO INGRESO (SEGURO SOCIAL/AFDC/SSI/PENSION) _____

INGRESO DEL CO-APLICANTE: $ _____ MARQUE SI ES POR HORA _____ SEMANA _____ QUINCENA _____ MENSUAL _____

OTRO INGRESO (SEGURO SOCIAL/AFDC/SSI/PENSION) _____

RENTA QUE PAGA ACTUALMENTE: $ _____ MARQUE _____

MARQUE LA CONDICION DE SU CASA: BUENA _____ REGULAR _____ MALA SI ES MALA _____

NOMBRE DE LA COMPAÑIA EN DONDE TRABAJA EL APLICANTE _____ TELEFONO _____

OCUPACION _____ TIEMPO COMPLETO _____ MEDIO TIEMPO _____ AÑOS _____

NOMBRE DE LA COMPAÑIA EN DONDE TRABAJA EL CO-APLICANTE _____ TELEFONO _____

OCUPACION _____ TIEMPO COMPLETO _____ MEDIO TIEMPO _____ AÑOS _____

MARQUE COMO SE ENTERO DE NUESTRO PROGRAMA: _____ VOLANTE _____ UN AMIGO _____ PERIODICO _____ INTERNET _____
RADIO _____ TELEVISION _____ OTROS _____

*(watermark: 1982-2007 25TH ANNIVERSARY COACHELLA VALLEY HOUSING COALITION)*

Entiendo que esta solicitud es solamente para...
Firma _____

APLICANTE _____ Fecha _____
CO-APLICANTE _____ Fecha _____

Regrese la solicitud llenando a:
Coachella Valley Housing Coalition
45-701 Monroe St. Suite G
Indio, CA 92201
(760) 347-3157

PERSONAL DE OFICINA SOLAMENTE
Application Fee _____
Money Order # _____ Date Received _____
Check # _____ Date Received _____
Received By: _____

La información solicitada en esta aplicación es requerida por esta agencia bajo autoridad al gobierno federal, actuando por virtud de sus atribuciones que resultan cumpliendo las Leyes
Federales que prohiben la discriminación en contra de solicitantes basada en su raza, color, credo, nacionalidad, religión, sexo, estado civil, estatus familiar, edad, o incapacidad física o
mental. Esta información no será usada en la evaluación de su aplicación y para discriminar contra usted en ningún modo. Sin embargo, si decidiera dentro de la información,
CVHC esta obligado a asentar la racial/nacionalidad y sexo de los aplicantes basado en observación visual o apellido.

*Please Cut Below Line*

**Coachella Valley Housing Coalition**



## PREGUNTAS Y RESPUESTAS
## SOBRE EL PROGRAMA DE AYUDA MUTUA

### QUE ES EL PROGRAMA DE AYUDA MUTUA?

EL PROGRAMA DE AYUDA MUTUA ES UN METODO CON EL CUAL FAMILIAS PUEDEN CONSTRUIR Y SER DUEÑOS DE SU PROPIA CASA. LAS FAMILIAS FORMAN UNA ASOCIACION INFORMAL Y SE COMPROMETEN A AYUDARSE A CONSTRUIR LAS CASAS CON ASISTENCIA TECNICA DE SUPERVISORES DE CONSTRUCCION DE CAMPO.

### CUANTAS SON LAS HORAS DE TRABAJO QUE LAS FAMILIAS CONTRIBUYEN PARA LA CONSTRUCCION DE LAS CASAS EN EL GRUPO?

CADA FAMILIA CONTRIBUYE CON LA MANO DE OBRA NECESARIA PARA TERMINAR LAS CASAS DEL GRUPO. GENERALMENTE UN PROMEDIO DE 1,600 HORAS DE TRABAJO POR FAMILIA SON REQUERIDOS. CADA FAMILIA CONTRIBUYE POR LO MENOS 40 HORAS POR SEMANA TRABAJANDO DURANTE LA SEMANA, EN LAS TARDES Y FINES DE SEMANA. EL TRABAJO PUEDE SER COMPARTIDO CON EL ESPOSO, ESPOSA E HIJOS MAYORES DE 16 AÑOS Y AYUDANTES APROBADOS.

### SI UNA MUJER ES LA JEFA DE LA FAMILIA, PUEDE ELLA PARTICIPAR EN ESTE PROGRAMA?

SI, EL MISMO TRABAJO ES REQUERIDO. TAMBIEN HIJOS MAYORES DE 16 AÑOS Y AYUDANTES APROBADOS PUEDEN CONTRIBUIR CON LAS HORAS DE TRABAJO.

### QUIEN ES ELEGIBLE PARA PARTICIPAR EN EL PROGRAMA DE AYUDA MUTUA?

EXISTEN TRES REQUISITOS BASICOS:
A. BUEN CREDITO
B. INGRESO LIMITE
C. HABILIDAD Y BUENA VOLUNTAD DE CONTRIBUIR CON LA MANO DE OBRA REQUERIDA

LA INFORMACION DE CADA SOLICITUD SE GUARDA EN LA COMPUTADORA. CADA APLICANTE TENDRA UN NUMERO EN LA LISTA DE ESPERA. ES RESPONSABILIDAD DEL APLICANTE DE NOTIFICARNOS SI CAMBIA DE DIRECCION Y NUMERO DE TELEFONO.

CADA PROGRAMA DE FINANCIAMIENTO TIENE DIFERENTES REQUISITOS. EL TIEMPO DE ESPERA DEPENDE DE LA DISPONIBILIDAD DE FONDOS Y LOTES PARA CONSTRUIR.

**IGUALDAD DE OPORTUNIDADES DE VIVIENDAS**

**RANCHO Housing Alliance Inc.**
**53-990 Enterprise Way**
**Coachella, CA 92236**
**Ph: (760) 391-5050**
**Fax: (760) 391-5174**

Gracias por su interes en nuestros propiedad de renta.  Es necesario llenar la solicitud adjunta y someter junto con la lista de documentos requerida debajo:

**DOCUMENTOS REQUERIDOS:  (PARA TODOS LOS MIEMBROS DEL HOGAR)**
- ☐      Identificacion o Licencia de Manejar
- ☐      Acta de Nacimiento
- ☐      Tarjeta de Seguro Social
- ☐      INGRESO ACTUAL
        Favor de incluir ingreso recibido de empleo, incapacidad, y seguro social
- ☐      Impuestos del Ano Pasado (si es applicable)
- ☐      Evidencia de ciudadania/status migratorio

Si no tenemos un apartamento disponible en este momento, su applicacion sera puesta en la lista de espera.  Favor de notificarnos immediatamente de algun cambio en su telefono o direccion, para poder comunicarnos con usted cuando tengamos un apartamento disponible.

| Solamente uso Oficial<br><br># De Aplicantes Adultos | <br>**RANCHO**<br>Housing Alliance Inc.<br><br>**Rental Application**<br>**53-990 Enterprise Way**<br>**Coachella, CA 92236**<br>**(760) 391-5050** | Solamente uso Oficial<br><br>Fecha_____<br><br>Hora_____<br><br>Empleados_____ |

. **Instrucciones para la cabeza del hogar:**

1. Favor de completar todas las secciones con tinta.  Favor de no dejar ningún espacio en blanco hasta los que no le pertenece a usted. Por ejemplo, si una sección pregunta por el número de licencia de manejar y usted no tiene licencia, escribe NONE o N/A (no aplica). Si necesita corregir algo, pon una línea a través de la infamación incorrecta y escribe la información correcta arriba y ponga sus iniciales enseguida del cambio.

2. Como la cabeza del hogar, necesitara completar esta aplicación de rentar. Cada adulto adicional que estará viviendo en el apartamento debe firmar esta aplicación.

3. Es importante que toda la información en esta forma este completa y correcta. Información falsa, incompleta o engañosa causara que la aplicación sea rechazada.

4. Mientras que su aplicación este con nosotros, es su responsabilidad de contactarnos si su dirección, número de teléfono o ingreso cambia y también cuando necesita quitar o agregar una persona.

5. Después que aceptemos su aplicación, haremos una determinación preliminar de elegibilidad. Si su hogar aparece de ser elegible para vivienda, estará notificado inmediatamente. Si hay una lista de espera, y usted esta elegible para vivienda, su nombre estará agregado a la lista. Esto no significa que su vivienda será ofrecido una unidad.

---

**APPLICANTE:**
Apellido_____ Nombre_____ S.N_____
Fecha de Nacimiento_____ Licencia de Manejar #_____ Seguro Social # ___/___/____
**CO-APPLICANTE:**
Apellido_____ Nombre_____ S.N._____
Fecha de Nacimiento_____ Licencia de manejar #_____ Seguro Social # ___/___/____
Dirección Corriente_____ Numero de Teléfono_____
Fecha de mover (Dirección Corriente) _____ Nombre del Rentero,_____
Dirección_____ Numero de Teléfono_____

Hay otra persona que podemos contactar si usted no contesta?

Nombre:_____ Relación: _____ Teléfono:_____

---


EQUAL HOUSING
OPPORTUNITY

1

LISTA DE OCUPANTES DEL HOGAR:.
Nombre_____ Relación_____ Edad:_____
Nombre_____ Relación_____ Edad:_____
Nombre_____ Relación_____ Edad:_____
Nombre_____ Relación_____ Edad:_____
Nombre_____ Relación_____ Edad:_____
Nombre_____ Relación_____ Edad:_____

HISTORIA DE RENTA:

Tiene que incluir todos los lugares donde usted y /o sus miembros de hogar vivieron en los pasados cuatro anos,
incluyendo lugares donde el nombre de usted o del miembro no aparece en el arrendamiento y lugares donde usted o el
miembro uso diferentes nombres. NOTA: Numero de miembro de familia esta en composición de hogar.

PRESENTE

Dirección_____ Ciudad_____ Estado___ Código Postal_____
_____/_____ Hasta _____/_____                                    (____)_____
Fecha               Nombre del Rentero                  Numero de teléfono del Rentero

ANTES

Dirección_____ Ciudad_____ Estado___ Código Postal_____
_____/_____ Hasta _____/_____                                    (____)_____
Fecha               Nombre del Rentero                  Numero de teléfono del Rentero

INGRESO:

SOLAMENTE EMPLEADOS: Lista todos los trabajos aun que sea dedicación plano, temporal, o parte día para todos
los miembros que están empleados incluyendo trabajo por cuenta propia. Si tiene ingreso de "otra origen" mire la
sección que sigue de la aplicación.

Applicante: Fuentes de Ingreso:_____ Cantidad_____ Fecha de contratación (Si se aplica)
_____
Por:_____ Semana _____ bi semanales (Cada dos Semanas) _____ semi-Mensual ( 2 veces por mes) ___
mes
Trabajador Nombre/Dirección Teléfono _____
Otras fuentes de ingreso_____ Ingreso mensual_____
Co-Applicante: Fuentes de Ingreso: _____ Cantidad_____ Fecha de contratación (Si se
aplica) _____
Por:_____ Semana _____ bi semanales (Cada dos Semanas) _____ semi-Mensual ( 2 veces por mes) ___
mes
Trabajador Nombre/Dirección Teléfono _____
Otras fuentes de ingreso_____ Ingreso mensual_____



2

**VALORES:**

Valores incluye: dinero efectivo, fundación de confianza, equidad en bienes raíces o inversión de capital, notas cobraderos, fondos, bono, cuentas del mercado monetario, certificados de deposito, fundación de retiro y pensión.

Valores no incluye: propiedad necesaria como ropa, autos, muebles, utensilios, etc. También no incluye equipamiento especial para los minusválidos y valores de un negocio.

Cuentas bancarias de cheques:

Applicante
Numero de Cuenta_____   Nombre de Banco_____   Promedio de balance de 6 meses _____

Co- Applicante
Numero de Cuenta_____   Nombre de Banco_____   Promedio de balance de 6 meses _____

Cuenta de Ahorros

Applicante
Numero de Cuenta_____   Nombre de Banco_____   Promedio de balance de 6 meses _____

Co- Applicante
Numero de Cuenta_____   Nombre de Banco_____   Promedio de balance de 6 meses _____

Bienes raíces:

Estas en posesión de bienes raíces? (Ej.: propiedad, casa)?          ☐ Si          ☐ No

Si contesto "si", estas recibiendo cual quier ingreso de esta propiedad?          ☐ Si          ☐ No

Si contesto "si", completa lo siguiente

Localidad de propiedad                                          Ingreso anual de la propiedad

_____                    _____

_____                    _____

_____                    _____



3

**Automóviles y otros vehículos:**

Lista todos los vehículos motorizados incluyendo motocicletas, registrado o poseído al miembro de hogar.

| Marca | Modelo | Año/Color | Numero de Placa | Estado Registrado |
|-------|--------|-----------|-----------------|-------------------|
| Marca | Modelo | Año/Color | Numero de Placa | Estado Registrado |

**Misceláneo:**

Estas preguntas se aplican a todos los miembros de familia:

1. Tiene usted o miembro de tu hogar un certificado de "Section 8" o comprobante?  ☐ Si  ☐ No

Que es la cantidad que "Section 8" pagara para su renta?
_____

2. Estas en una lista de espera para "Section 8"?  ☐ Si  ☐ No

3. Tienes animal domestico? gato_____ perro_____ otro  ☐ Si  ☐ No
_____

4. Ha usado, usted o otro miembro adulto, otro nombre o numero de seguro social que no sea los que esta usando al corriente?  ☐ Si  ☐ No

5. Alguna vez usted o otro miembro adulto cometido fraude en una programa federal de asistencia de vivienda o ha sido solicitado para pagar dinero porque represento información incorrecta para programa de vivienda?  ☐ Si  ☐ No

6. Como oíste de nuestro edificio de apartamentos? ☐ Periódico ☐Guía De Apartamento  ☐ Amigo / Familiar



4

**AVISO:**

"Titulo 18, Sección 1001 del código de EE.UU. dice que una persona es culpable de una felonía si a sabiendas y voluntariamente hizo declaraciones falsas y fraudulento a cual quier departamento del gobierno de los estados unidos. La agencia, PHA y dueño (o empleado de la agencia, PHA o el dueño) podría ser subordinado a penalización por descubrimiento de desautorizado o inapropiado uso de información reunido basado en la forma de aprobación. Uso de la información reunido basado en las formas es restricto a las intenciones citadas. Cual quier persona que concientemente o voluntariamente pide, obtiene, o anuncia información durante falsa pretensión acerca de un aplicante o participante podría garrar un delito menor y una multa que no sea más que $5,000.00. Cual quier aplicante o participante afectado por negligencia revelación de información podría traer acción civil para danos y perjuicios y buscar otro alivio, lo que sea apropiado, contra el oficial o empleado del agencia, PHA o el dueño responsable de desautorizado descubrimiento o uso desapropiado. Provisión de penalidad por mal uso de número de seguro social es contenida en el acta de seguro social en 42 U.S.C. 208 (f), (g) y (h). Violación de estas provisiones son citados como violaciones de 42 U.S.C. 408 (f), (g) y (h).

## DECLARACION DE TODOS LOS ADULTOS MIEMBROS DE HOGAR:

1.      Nosotros certificamos que toda la información dada en este aplicación y cualquier cosa agregado al aplicación es verdad, completo, y preciso. Entendemos que si cualquier de esta información es falsa, engañoso, o incompleto, gestión podría rechazar nuestra aplicación o si ya nos movimos, terminar nuestro contrato.

2.      Nosotros autorizamos Mesa Verde Green Street Rental o los agentes para hacer todas las preguntas necesarias para verificar esta información directamente por la información intercambiada ahorita o después con filtrados servicios de crédito y rentar y contactar caseros corrientes y del pasado o otros fuentes para crédito y verificación confirmación que podría ser liberado a agencias del estado, federales, o locales.

3.      Si nuestra aplicación es aprobado y moviéndonos ocurre, certificamos que nomás las personas en la aplicación van a ocupar el apartamento que van a mantener ningún otra parte de residencia, y que no hay otras personas para quien tenemos o expectamos a tener responsabilidad para proveer vivienda.

4.      Nosotros estamos de acuerdo de notificar manejo en una letra inmediatamente con respeto a cambios en la dirección de hogar, números de teléfono, ingreso y composición de hogar.

5.      Hemos leído y entendemos la información en esta aplicación, en particular la información contenido en instrucciones para la cabeza de la casa; y estamos de acuerdo a obedecer esa información.

6.      Entendemos si esta aplicación es aprobado y nos movemos, certificamos que aceptamos y obedecemos con todas las condiciones de ocupación que se establecen incluyendo todos los condiciones con respeto a animes domésticos, renta, danos y perjuicios, y depósitos de seguridad.

7.      Autorizamos administración a obtener uno o mas reportes de crédito consumidor como definido en el acta 15 de justo reporte de crédito U.S.C. sección 1681 (a) (d), buscando información en nuestro merito de crédito, lugar de crédito, capacidad de crédito, carácter, reputación general, características personales o modo de vivir.



5

**8.**
## ACTA DE JUSTO REPORTE DE CREDITO:

Esto es para informarle que parte de nuestro proceso para procesar tu aplicación, un reporte investigativo podría abrir donde información es obtenido por entrevista con otra gente (como miembro de familia). Este análisis incluye información de tu carácter, reputación general, característica personal, modo de vivir, fondo de ingreso y crédito y archivos de policía. Toda la información usted o otros nos dan estará con nosotros en estricto confidencia.

Nosotros no discriminamos basado en raza, religión, origen nacional, color, credo, edad, sexo, incapacitado, condición familiar, estado civil, orientación sexual, o legítimo origen de ingreso.

Favor de estar avisado que cualquier información dado a esta oficina que es falso en cualquier manera, automáticamente resultara en el rechazo de su aplicación.

Yo leí/ Nosotros leímos y entendimos lo de arriba:

_____          _____
Fecha                                Firma De Aplicante


_____          _____
Fecha                                Firma De Co-Aplicante

## CERTIFICACION DE JUSTO VIVIENDA:

Leyes federales y de estado prohíbe actas de discriminación incluyendo:

- ❖ Si te rechazan y no le permiten vivienda por su raza, color, credo, religión, origen nacional, sexo, estado civil, deshabilitad, estado familiar, orientación sexual o legítimo origen de ingreso.
- ❖ Proveer vivienda en base desigual
- ❖ Segregando ocupantes
- ❖ Reclamando que no hay viviendas abiertas cuando si hay.
- ❖ Rechazando un aplicante que esta deshabilitado porque el o ella usa un animal de asistencia.
- ❖ No queriendo hacer acomodaciones razonables en las reglas, pólizas y proceso que dejara personas deshabilitadas ocupar hogar.

Si usted cree que ha sido victima de discriminación de vivienda, contacte la agencia de abajo:
U.S. Department of Housing and Urban Development
Assistant Secretary for Fair Housing and Equal Opportunity
Washington, DC 20410
(800) 669-9777 (Toll Free)
(800) 927-9275 (TDD)



Yo/ Nosotros reconocemos que yo/nosotros estamos informados de mi/nuestros derechos de justo vivienda.

_____          _____
Fecha                                    Firma De Aplicante


_____          _____
Fecha                                    Firma De Co-Aplicante


## INFORMACION DE PROGRAMA:

Origen étnico: Estamos requeridos a reportar a HUD el origen étnico de la cabeza del hogar. Por eso le preguntamos por su cooperación en darnos la siguiente información. Favor de marcar UNA caja que usted siente mejor describe su origen étnico. Esta pregunta es opcional y su respuesta NO tendrá nada de que ver con su elegibilidad para este edificio.

☐  Caucásico, No Hispano          ☐ Africano Estadounidense,          ☐ Indio Americano/ Nativo De Alaska
                                     No Hispano

☐ Caucásico, Hispano              ☐ Africano Estadounidense          ☐ Asiático o De Las Islas Del Pacifico
                                    y   Hispano



7

**NO ESCRIBE DE BAJO DE ESTA LINEA ~ ~ SOLAMENTE USO OFICIAL**

**APPLICATION DISPOSITION:**

Approved: _____          Approved by: _____
             **Date**                                             **Signature / Title**

Disapproved: _____       Disapproved by: _____
               **Date**                                      **Signature / Title**

**Reasons for disapproval:**

_____

_____

_____

Applicant notified in writing on: _____

Applicant appealed decision on: _____

Applicant Appeal Reviewed by: _____
                               **Name / Title / Date**

Appeal Decision: ☐ Approved               ☐ Disapproved

Applicant notified in writing on: _


EQUAL HOUSING
OPPORTUNITY

**Appendix D**

**Presentation by Riverside County Economic Development Agency to
Duroville Community Leaders Regarding Mountain View Estates and
Other Opportunities**



LOS DUROS

# AGENCIA DE DESAROLLO ECONÓMICO DEL CONDADO DE RIVERSIDE

## Quien somos?

El departamento de viviendas de nuestra agencia

## Que hacemos?

Proveer oportunidades de viviendas, como:

Compra de casas móviles

Asistencia de renta

Compra de casa para compradores de primera vez

# PROGRAMA DE PRESTAMOS PARA DUEÑOS DE CASAS MÓVILES

Prestamos máximo de $40,000

0.0% de interés fijo

El préstamo será pagable si la vende o renta

El préstamo es asegurado por la casa móvil

Posibilidad que la deuda sea perdonada