

# ASISTENCIA DE RENTA

Rentas reducidas dependiendo el tamaño de su familia y ingreso

Apartamentos disponibles en las áreas de:

Ripley

Mecca

Thermal

Indio

Desert Hot Springs

Banning y Beaumont








# PROGRAMA PARA COMPRADORES DE CASA POR PRIMERA VEZ

Para compradores de cas por primera vez

Asistencia es para el enganche de casa

Un máximo de 20% del precio de la casa

No requiere pago hasta que se venda la casa






# PARA MAS INFORMACIÓN

Teléfono:

863.2552

Oficina:

44-199 Calle Monroe

Indio, CA 92201

**Appendix E**

**Draft Mobile Home Inspection Guidelines Prepared for Duroville by
Kerin Construction and Code Consulting. (Mr. Jack Kerin)**

| SPACE / ADDRESS | HOMEOWNER | | DATE | | |
|---|---|---|---|---|---|
| DEFICEINCY | RANK | CORRECTION METHOD | MATERIAL NEEDED | AMOUNT | COST |
| SMOKE DETECTORS | 1 | Install at least one smoke detector in hallway | Smoke detector | | |
| CLEARANCE TO COMBUSTIBLES | 1 | Install non-combustible material adjacent to range | Install non-combustible material on wall surfaces adjacent to range or cook top. | Area _____ sqft | |
| BROKEN OR BOARDED WINDOWS | 2 | | | | |
| SEWAGE LEAKS | 1 | Replace existing sewer line with 3 inch ABS piping. Use proper fittings for change in direction.  Provide slope and support for piping. | 3 inch ABS pipe and ABS fittings. ABS adhesive. Metal strapping for support of piping | _____ linft _____ linft | |
| DRAIN SLOPE AND SUPPORT | 2 | Support piping with blocking or overhead strapping at 6 foot intervals. Maintain not less than 1/8 inch slope per foot. | Metal strapping (plumbers tape) Concrete blocks or bricks | _____ linft # _____ | |
| OPEN DEAD FRONTS | 1 | Install replacement dead front panel | dead front panel | 1 each | |
| EXPOSED ELECTRICAL CONDUCTORS | 1 | Terminate or splice all conductors in approved junction or outlet boxes or approved fixtures. | Electrical box Electrical outlet Electrical fixture | # _____ # _____ # _____ | |
| MISSING COVER PLATES | 1 | Install cover plates Indicate locations. Kit. ___ Lr. ___ Bdr. ___ Bath ___ hall | Cover plate | # _____ | |
| PROPER OVERCURRENT PROTECTION | 1 | Insure that the conductors are rated for at least the current rating of the over current protection (breakers). Correction is to increase conductor size or reduce breaker rating. | Requires detailed correction plan | | |

1

| SPACE / ADDRESS | HOMEOWNER | | DATE | | |
|---|---|---|---|---|---|
| DEFICEINCY | RANK | CORRECTION METHOD | MATERIAL NEEDED | AMOUNT | COST |
| DROP LIGHT OR EXTENSION CORD WIRING | 1 | Remove all drop lights and extension cords | No material is needed to remove cords. If additional outlet or lighting is needed then wiring plan is needed. | | |
| EXTERIOR OUTLETS OR FIXTURES | 2 | All exterior outlet boxes require weather proof covers. Install weatherproof covers or fixtures in outdoor locations | Exterior boxes<br>Exterior covers<br>Exterior fixtures | ___ #<br>___ #<br>___ # | |
| LEAKING WATER LINES | 1 | Replace leaking water lines and fixtures. | PVC Schedule 40 piping and fittings | ___ linft# | |
| CONNECTOR HOSES | 2 | Replace with approved piping and flexible connector | PVC Schedule 40 piping<br>Flex connector | ___ linft<br>1 each | |
| DETERIORATED FLOORS | 1 | Remove damaged area and replace supports if damaged. Replace sub-floor. Block all edges of sub-flooring. Install finish flooring. | Floor joist 2X6 OR 2x8<br><br>Plywood and underlayment<br>Finish linoleum or tile | 2X6#___<br>2X8#___<br>___ sqft<br>___ sqft | |
| EXTERIOR WALLS AND ROOFS | 2 | Replace missing siding and doors or panels to provide weather protection to home and occupants. Repair leaking roofs with reflective roof sealer | Requires detailed correction plan | | |
| PORCHES AND STEPS | 1 | Replace or repair existing unsafe steps. Steps and porches shall have at least one handrail | Requires detailed correction plan | | |
| UNSECURED PROPANE TANKS | 1 | Place tanks on a level surface and secure the tank to the home or post with a metal strap or chain | Strapping or chain and lag bolt. Secure with hook or lock | 4 linft | |
| Notes and remarks: | | | | | |

2

# INSPECTION

# GUIDELINES

MAY 28, 2009
DRAFT

# DUROVILLE SAFETY INSPECTION GUIDELINES

## APPLICATION AND SCOPE

The rehabilitation of Duroville provides a rare opportunity to preserve and most of all improve housing for some of the poorest and least powerful members of our community. The location of the mobilehome park on tribal land presents a challenge and some flexibility since the construction of the park predates any recognized housing code on tribal land. It would be irresponsible to take advantage of any grey area that might exist to do nothing or do less than required to provide safe housing for the residents of Duroville. The correction requirements and construction guidelines contained in this document strives to address needed improvements while recognizing the limited resources and the knowledge that many code requirements are general in scope. A precise handrail requirement is more critical on a high rise balcony than it would be for a porch 20 inches above the ground. Some code requirements promote a particular product or material in lieu of another. It is not the purpose of this document to challenge the validity of recognized codes, but to meet the health and safety intent of these codes.

## FIRE SAFETY

## SMOKE DETECTORS

All homes should have at least one working smoke detector. The detectors should be located in the hall outside the bedroom area. If the bedrooms are separated so that the detector is more than 10 feet from any bedroom additional detectors should be installed. Ideally there should be a detector in every bedroom. Smoke detectors are the most effective tool for saving lives in case of a fire.

## WINDOW REPLACEMENT

While all boarded up windows should be replaced to provide an adequate supply of light and ventilation, it is absolutely critical that windows in bedrooms designed for egress in a fire be installed and functional.

## CLEARANCES TO COMBUSTIBLES

An inadequate clearance from cooking appliances to combustible surfaces is a serious fire safety issue. Kitchen or cooking fires are a significant portion of all reported residential fires. The cabinet and wall surfaces next to or over ranges and cook tops shall be protected with a flame resistant material. The material used to protect the adjacent walls and cabinets shall have a flame spread rating of 25 or less. Existing surfaces should be covered with metal, drywall, or other flame resistant materials. All new range or cook top installations shall be installed according to manufactures instructions and specifications.

1



All gas fired heating or water heating appliances should be kept free of combustible surfaces or stored materials.

2

## SEWER / DRAIN

### SEWAGE LEAKS

Leaking sewer lines or connections are a serious health hazard and need to be corrected as soon as possible. The correction of leaks for drain lines on the home and the line connecting the home to the park drain are the same.

Material used should be 3 inch ABS DWV piping with ABS fittings.  It is important to use proper fittings to change direction.  Pipe and fittings should be glued and fully seated. Piping should be supported every 6 feet.  Drain line should be sloped ¼ inch for each foot of run (where ¼ inch slope is not possible 1/8 inch per foot can be accepted).  Connection between home and park inlet should be a flexible connector.



### IMPROPER DRAIN LINE MATERIAL

Much of the above ground sewer lines are constructed with 4 inch, thin walled, PVC irrigation piping as shown below.  Where this piping is not leaking and is draining properly, replacement can be postponed until more serious health and safety issues are corrected.  When corrected materials and procedures shall be the same as listed for repairing sewage leaks.



<u>**ELECTRICAL**</u>

## BEFORE WORKING ON ANY ELECTRICAL SYSTEM OR CURCUIT TURN OFF ELECTRICAL POWER TO THE SYSTEM OR CURCUIT.

**EXPOSED CONDUCTORS**

Exposed conductors or any exposed energized electrical components are a serious health hazard and need to be corrected as soon as possible. Two common examples of this condition are missing dead front covers and wiring connectors in open boxes or outside electrical boxes.

1.  Missing dead front – Any openable panel or switch box must have a cover that protects persons using the switch or breaker from accidentally contacting live electrical conductors or other electrically energized components. While most persons may avoid reaching into an open panel, children playing or an adult rushing to shut off power in emergency could easily be electrocuted.

4







Correction is replacing the cover and securing it with the proper screws. If the cover is missing or lost a replacement cover must be acquired or fabricated. Openings in the deadfront created by removed slots or breakers can be closed using snap in covers. Below is proper panel with dead front in place.



6

2.  Exposed conductors – Any electrical connections should be made up or
    terminated in an approved electrical box with a cover.



Where conductors are spliced or connected outside an approved electrical box the power
to this wiring shall be turned off and an approved junction box shall be installed and the
conductors shall be made up inside the box with approved wire twist connectors (wire
nuts). Wiring entering and leaving the box shall be secured and protected. The box shall
have a cover. Wiring shall be properly sized to safely carry the connected electrical load.
For a 20 Ampere circuit the conductors shall be 12 AWG or larger. For a 15 ampere
circuit the conductor size shall be 14 AWG or larger. For larger loads such as electrical
water heaters and dryers a 30 ampere circuit is required and the wire size shall be 10
AWG or larger. Note: above wire sizes are for Copper conductors.

Connections for 15 or 20 ampere circuits can be made by installing an electrical outlet in
an approved box. If it is on the homes exterior it must be in a box and cover approved for
exposure to the weather.

Where exposed conductors are the result of a missing fixture such as an exterior light
fixture, the recommended repair will consist of installing a replacement fixture.

3.  Missing cover plates - This is where boxes containing electrical outlets or
    switches are missing the cover plate and creating a situation where children or
    others may contact energized wiring.

7



Correction of this hazard is easily accomplished by installing the required cover. Prior to the cover installation the switch or outlet should be properly secured.

## PROVIDE CORRECT OVER CURRENT PROTECTION

All over current protection, fuses or circuit breakers must not be rated higher than the wiring they protect. If the breaker or fuse is rated higher than the current carrying capacity of the conductors a fire could result. Conductors rated for greater capacity than the breaker or fuse is not a safety hazard.

## DROP CORD WIRING

Drop cords, extension cords, trouble lights must not be used for permanent wiring or lighting. The conductors in this type wire are designed for temporary use only. If there is a need for electrical power or lighting additional approved wiring or lighting should be installed. If additional wiring is not required then such cords shall be removed.





## PROTECT ELECTRICAL CONDUCTORS

All non-metallic cable (NMC or ROMEX) should be protected from mechanical damage and weather. This is usually a serious hazard, but it is important to keep in mind you can accomplish protection by routing and securing the wiring in a protected location next to or behind structural members or placing the NMC in conduit. Electrical conductors entering a metal box should be secured with the proper connectors.



## STRUCTURAL

## DETERIORATED FLOORS

Water damaged or rotted floors are a serious safety hazard. There is danger of collapse and continued damage. Floor deflection can adversely affect other systems such as gas, plumbing and electrical. Injury and fire danger is a possibility.

It is most important to repair the cause of the water damage. To repair the floors remove the floor and sub floor in the damaged area. Examine the floor joist and repair or replace any damaged floor joist. Be careful in removing damaged floor or joist not to damage plumbing, electrical or heating systems. Block all edges when installing new sub floor to avoid soft spots. Install new sub flooring and finish flooring.

## WATER SYSTEMS

### WATER LEAKS

Water damage is one of the most common causes of damage to homes and mobilehomes and exterior water leaks cause standing water which provides a breeding ground for insects such as mosquitoes. This can cause the spread of several diseases. Water leaks should be repaired as soon as possible. Water leaks in the area behind the homes also tend to aid in the spread of residual sewage from earlier spills or leaks.



Correction in most cases is to replace the leaking fitting with a new fitting of approved material. The water riser above is protected with an anti-siphon device, but the shut off is missing a handle and the home being served is connected with a water hose. Homes should be connected with an approved flexible connector. Extending the lot water supply and or the home water piping to reduce the length of the connector would reduce cost. Water connectors that are not leaking or showing signs of failure are not serious hazards, but should be scheduled for future correction.

Steps leading to and from the home are required to have uniform treads and risers to avoid the danger of falls and injury. If the step have four or more risers a hand rail is required.   The landing or first step should be at least as wide as the door being served. In the picture there is a portion of the door width that opens onto the step below the landing.  The porch and stairs are lacking the required handrail.



Below is a drawing of a stairway and porch that meets the requirements of California Title 25.   The intermediate rails criteria may be more than needed for rehabilitating a porch and stairs, but the other criteria serve as a good guide.  The landing should be at least 36 inches wide in the direction of travel from the home.



The handgrip portion of the handrail shall not be less than 1 1/2 inches nor more than 2 inches in cross-sectional dimension or the shape shall provide an equivalent gripping surface. The handgrip portion shall have a smooth surface with no sharp corners.

Note: The stair shown in this drawing with a handrail on one side is for illustration purposes only. Stairways shall have either a barrier on one side or handrails on both sides.

The openings between intermediate rails in open-type railings shall be not more than 4 inches.

Intermediate rails

9 inch minimum tread run.

6 inch maximum

9 inch minimum tread run.

Tread

8 inch maximum riser height.
4 inch minimum riser height.

Every stairway with more than 3 risers or steps shall be equipped with handrails and intermediate rails. Handrails shall not be less than 34 inches nor more than 38 inches in height as measured vertically from the nosing of the stair tread.

Nosing

Riser

Riser heights and tread runs shall not vary more than 3/8 of an inch between any step of the stairway.

## PROPANE SYSTEMS

## MOBILEHOME GAS PIPING

The original mobilehome gas piping should not be altered by anyone other than a qualified person.  When an appliance is removed or replaced it is important to test the new fittings for any leaks.  If the removed appliance is not re-installed the line should be capped at the appliance location.  Do not rely on shut off valves that might be turned on accidentally.   Flexible tubing or hoses should not be used in place of hard piping in the home.

## PROPANE TANKS

Propane tanks are a serious threat to health and safety if used or stored improperly. Tanks should never be stored under or within the home. Tanks should be set on a level solid surface. If such a surface is not available concrete pavers or a pressure treated board can be used. The tank should be secured with a metal strap or chain to prevent being toppled. When tanks are changed the connection to the new tank should be tested woth soapy water to assure there are no leaks.



14

**Appendix F**

**Memorandum of Understanding Between Mr. Duro and Lazarian World Homes Dated May 29, 2009**

# MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding ("MOU") is made this ___ day of May, 2009, by and among Harvey Duro ("Duro"), Duro's as yet, unidentified children (Duro Children) and Lazarian World Homes ("LWH"), a California, non-profit Corporation.

## Recitals

A.      Duro is the sole owner of 40 acres of Land located at 68800 Pierce St., Thermal, Ca 92274 ("Duro Property"). The Duro Property is currently being used as a mobile home park known as The Desert Mobile Home Park ("DMHP").

B.      The Duro Children are the owners of an additional 40 acres of land (Duro Children's Property) contiguous to the Duro Property. The Duro Children's Property is currently being used by DMHP for drainage runoff and sewage treatment ponds.

C.      It is intended by the parties that both the Duro Property of 40 acres and the Duro Children's Property of 40 acres are covered by this MOU. The two properties, for the purposes of this agreement, are one and the same and consist of a total of 80 acres (Property).

D.      DMHP and the Duro Property are, at the present, managed by a court appointed receiver who collects monthly lease payments from the Tenants of DMHP as part of their duties.

E.      LWH proposes to re-develop DMHP into a quality, affordable single family home community utilizing state of the art and eco-friendly LWH construction technology. These affordable homes would be sold to needy families with first priority given to current occupants of DMHP.

F.      Upon the parties' agreement to this MOU, LWH will seek the Court's permission to implement this MOU.

## Agreement

THEREFORE, the Agreement between the parties, subject to the approval of the Court to implement same, is as follows:

A. Formation of LLC/HOA and Management of Property

1.      An independent non-profit Limited Liability Company /Homeowners Association (HOA) will be formed by LWH for the purpose of entering into a ninety nine (99) year triple net (NNN) lease (Lease) on the Duro Property as well as on the forty contiguous acres held by Duro's children.

2.      Until such time as the HOA is formed and LWH enters into the Lease with Duro

and the Duro Children, the Court appointed receiver will continue to manage DMHP. The Court appointed receiver will continue to collect monthly lease payments from existing tenants at the same rates they are currently paying.

      3.    Once the HOA is formed and a Lease is entered into between Duro, the Duro Children and LWH, and pending approval of the Court, the HOA will engage a professional management company which will take over management of DMHP. From the revenue of the rents received by the HOA by way of its management company, Duro and the Duro Children will receive $30.00 per month for each tenant residing in a mobile home. For each new LWH home built and occupied, Duro and the Duro Children will receive $40.00 per month. Duro and the Duro Children will be responsible for determining how the funds received by them from the HOA will be distributed between them. The HOA will not assume any responsibility for distributing the funds between any members of the Duro family.

    B. Development of the Property

      1.    The Duro Children's Property will be redeveloped as an Aqua Culture Sewage Treatment Plant, as well as a borrow site for soil needed for the development of the Duro Property. The soil from the borrow site will be moved to DMHP and used to raise pad elevations for construction of LWH buildings. The raising of the pad elevations will allow for the proper drainage of DMHP. The Duro children agree that water runoff will continue to drain from DMHP through the Duro Children's Property. An engineering study will determine how much acreage of the Duro Children's Property will be needed to secure soil for development of DMHP as well as to service the Aqua Culture Sewage Treatment Plant. However, it is agreed that the total area needed for the Borrow Site and the Aqua Culture Sewage Treatment Plant will not exceed 30 of the 40 acres of the Duro Children's Property.

      2.    Over a reasonable period of time, all mobile homes on the property will be removed and will be replaced with new LWH homes. Since development of the property will require the participation of all tenants, if any tenant refuses to cooperate with, or participate in, the redevelopment of DMHP, the HOA will have the authority to remove any such tenant from the property.

    C. Financing

      1.    A key component of the success of the redevelopment of DMHP is financing. The projected direct building cost for a two bedroom, one bath LWH home is approximately $25,000.00. A four bedroom, one bath LWH home is approximately $35,000.00. Homeowners, once they purchase their homes, will be responsible to service the debt on their individual homes. It is projected that monthly HOA fees/dues will be sufficient to cover professional property management fees, pay land lease costs, service the debt on infrastructure replacement/improvement expenditures and pay for the maintenance of common area improvements/infrastructure. It is expected that monthly debt service on a new home, plus HOA fees/dues, will be less than what current residents of DMHP are now paying in rent.

D. Project Oversight

1.      LWH has volunteer experts with extensive experience in construction, land development and property management.  These experts, at no cost, will oversee all aspects of the redevelopment of DMHP into a quality, vibrant community that will be a model for affordable living.

2.      Duro will assist LWH experts with his knowledge of the Property, including, but not limited to, agreements with current residents and the layout/size of existing infrastructure facilities.  Duro represents and warrants to LWH, that all property rentals are on a month to month basis.  Duro further represents and warrants that no agreements, leases or contracts exist that would bind any portion of the Property for a period of more than thirty days.

E. Duration of MOU

This MOU, once executed by all parties, will be valid for a period of 180 days.  During the 180 day period, LWH will conduct its due diligence as well as meet with the Court for the purpose of obtaining tentative approval to redevelop DMHP pursuant to the terms of this MOU.  The purpose of the due diligence period is to allow LWH to further examine the property, perform surveys, meet with Torres-Martinez reservation officials in an effort to obtain their support for the project, and to further assess the project to determine its viability.  A the end of the 180 day period, if LWH is convinced of the project's viability and is willing to move forward, and provided that the Court gives its approval for the project, Duro and the newly formed HOA will enter into a triple net lease with the above terms as an outline for the agreement.

Signatures on following page

Date:

_____

Harvey Duro

Date: 5/29/09

_____

Date:

_____

Date:

_____

Date:

_____

Date: 5/29/09

_____

Kenn Coil, President
Lazarian World Homes





# LAZARIAN WORLD HOMES

*Building a better world together*

| May 2009 | www.LazarianWorldHomes.com | Newsletter, Vol. 1 |

## Get Connected:

**Kenn Coil**–President
kcoil@lazarianworldhomes.com
(951) 265-8137

**Tim Kruge**–Business Mgr.
tkruge@lazarianworldhomes.com
(480) 305-4386

Lazarian World Homes
P.O. Box 60
Oceanside, CA 92049

**About Lazarian Homes**
History · Video · About

### HISTORY

George Fermanian established Lazarian World Homes in the summer of 2007 when led a group into Armenia to build homes made of Styrofoam blocks and launched an organic agriculture program. The ministry, which now serves in Mexico and Brazil as well as Armenia, was named in honor of Mr. Steve Lazarian, who was devoted to helping the needy of Armenia.

### VISION

LWH has a vision to be able to build homes, churches, and schools in all world areas. This is a huge task, and will require adequate staffing and financing.

### MISSION

The mission of LWH is simply to provide strong, safe shelter for the world's poor in the name of Jesus. To fulfill this mission, training for the construction of the building system will be necessary.

**Lazarian Homes Projects**



### Armenia

In the summer of 2008, LWH worked in cooperation with Armenia Gospel Mission to construct 16 homes for families living in metal storage containers in the city of Vanadzor. Many had been in the containers for 20 years and experienced frigid indoor temperatures as low as 25 degrees F which resulted in much sickness and some deaths.



### Mexico

L.W.H. constructed eight buildings on the Tecate Nazarene Seminary campus including classrooms and the L.W.H. Mexico warehouse. Two homes were built in Tijuana together with Project Mercy.







### Thermico

A classroom building was built for the Body of Christ Church on the Torres Martinez Indian Reservation.



**Armenia**

Sixteen homes in Vanadzor 2009
A community center/church and house in Vanadzor 2009
A community center/church and parsonage in Maralik 2010 (Dr. Hall Memorial)

In the Summer of 2010, Dr. Hall's son Tim Hall will lead his men's soccer team from Point Loma Nazarene University to Maralik, Armenia. They will begin building the community center, church, and parsonage, as well as ministering to the people.

The Southern California District, Church of the Nazarene will take a team of people from across the district to follow this team and finish the memorial memorial project and ministry to the people.



Lazarian World Homes uses an ICF (Insulated Concrete Form) building system. This system is an eco-friendly solution to the world's housing crisis. The system features lightweight styrofoam blocks, which enable everyone to help in the building process. These easy-to-build structures are compatible with extreme weather conditions. The materials used in building Lazarian structures is green and recyclable.



**Kenn & Marsha Coil**

Kenn and Marsha have been in pastoral ministry in the Church of the Nazarene for thirty-seven years. They have led churches in Oklahoma, Oregon and California and served for two years at the Australian Nazarene Bible School in Brisbane, Australia. In 1989 they planted a new church and led it to continuous growth for twenty years. Today the Gateway church has a 26-acre campus in Murrieta that over 700 call home. Kenn had a construction company in Oregon and has extensive building experience as a pastor and on the mission field. Marsha is a teacher and social worker and is working with the International Christian Adoption ministry.

In April of 2008, Kenn assumed the role of President of Lazarian World Homes with the responsibility to build the ministry organization to have worldwide impact. LWH has constructed ten buildings in Mexico and eighteen in Armenia in the last ten months and is preparing to enter Brazil and Indian reservations in the U.S.

There are at least 1.6 billion people without adequate shelter in our world. They live in cardboard shanties next to city dumps in Mexico, in the drug-ridden slums of Brazil, or in freezing cargo containers in Armenia. In every world area, the need is staggering and the resources meager. LWH has a vision to be on the front lines of meeting this world need. Despite our small size, we understand we are not in this alone...we are not working in vain. The Psalmist understood when he wrote "Unless the Lord builds the house, the builders work in vain" ps. 127:1 We turn our face to Him with expectancy that He can and will work through us to meet the world's shelter needs. Already we have seen Him working in ways we could never arrange.



**One Block At A Time!**

How do you meet the world's shelter needs?  The answer is "one block at a time." All it takes is giving one $10 block each month to help raise funds necessary to build thousands of homes for desperate families. Each block makes a difference! Join the army of Lazarian World Homes supporters TODAY and experience the satisfaction of knowing you are making a difference in the world for just pennies a day.  Please fill out the commitment card and send it along with a check to Lazarian World Homes. Your gift is tax deductible and you will receive a receipt each month. You may also donate online or by phone.

**Appendix G**

**Memo from CDFI Regarding Outstanding Loan**

# MEMO

Date: June 5, 2009
TO: Tom Flynn
FROM: Annie Mooney, Clearinghouse CDFI
RE: Duroville

In April of 2008, Clearinghouse CDFI funded a short-term loan to Mark Adams Receivership as part of the court-enforced receivership for a property located at 68-400 State Hwy 195 in Thermal, California. The date and amount of each court-approved advance for this loan are as follows:

| Date of Advance | Amount Funded |
|---|---|
| 4/8/2008 | $ 128,420 |
| 4/21/2008 | $ 21,000 |
| 6/18/2008 | $ 70,000 |
| | $ 219,420 |

This loan matured on May 1, 2009 and has not yet been paid off. As of June 3, 2009, the outstanding principal balance on this loan is $219,417 with accrued interest of $3,215 resulting in a total of $222,632 outstanding loan funds that are past due. Clearinghouse CDFI staff is willing to seek loan committee approval for the restructure this loan based on the following estimated terms and conditions:

- Interest rate to remain 8.5% fixed
- Debt service coverage, based on the subject property's operating net income, to be at least 1.10
- Term to be 18 to 24 months fully amortized, depending on the number of months that the park is guaranteed to be open and fully operating, the projected monthly net operating income of the property and the resulting debt service coverage.
- Each month, the subject property's revenue must be used to pay Clearinghouse CDFI's loan mortgage payment before covering any other property improvement expenses or operating expenses.
- Subject to Clearinghouse CDFI loan committee approval

23441 Hawthorn Blvd. Suite 200
Lake Forest, California 92630
Main: (949) 859-3600 • Fax: (949) 859-5516
www.clearinghouse.cdfi.com
Community Development Financial Institution

Clearinghouse CDFI

| Duroville – Loan Payments and DSC based on May08-Apr09 Net Income | | |
|---|---|---|
| Loan Amount | $220,000 | $220,000 |
| Interest Rate | 8.00% | 8.00% |
| Term | 1 year | 2 year |
| Amortization | 12 | 24 |
| Monthly Payment | $19,137 | $9,950 |
| Annual Payment | $229,649 | $119,400 |
| Actual Revenue – May08-Apr09 | $973,768 | $973,768 |
| Actual Expense – May08-Apr09 (96% of Revenue) | $933,399 | $933,399 |
| Estimated NI | $40,369 | $40,369 |
| DSC | 0.18 | 0.34 |

| Duroville – Loan Payments and DSC needed to Break-even with Debt Service Coverage of 1.10 | | |
|---|---|---|
| Loan Amount | $220,000 | $220,000 |
| Interest Rate | 8.00% | 8.00% |
| Term | 1 year | 2 year |
| Amortization | 12 | 24 |
| Monthly Payment | $19,137 | $9,950 |
| Annual Payment | $229,649 | $119,400 |
| Revenue – May08-Apr09 | $973,768 | $973,768 |
| Estimated Expense – 74% | $720,588 | |
| Estimated Expense – 86% | | $837,440 |
| Estimated NI | $253,180 | $136,327 |
| DSC | 1.10 | 1.14 |