DOUGLAS G. TENNANT, Bar No. 119133
FRANKEL & TENNANT
PROFESSIONAL CORPORATION
895 Dove Street, Suite 119
Newport Beach, California 92660
dtennant@frankel-tennant.com
Telephone: (949) 222-3456
Facsimile: (949) 222-3453

Attorneys for
CLEARINGHOUSE COMMUNITY
DEVELOPMENT FINANCIAL INSTITUTION

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARVEY DURO, SR. and DESERT MOBILEHOME PARK, INC, a California corporation,<br><br>Defendants. | Case No.: EDCV07-1309<br><br>DECLARATION OF MARK S. ADAMS IN SUPPORT OF MOTION FOR ORDER INCREASING PAYMENTS TO CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION FROM CERTAIN PROCEEDS FROM THE RECEIVERSHIP OF DESERT MOBILEHOME PARK, INC.<br><br>Date: Vacated<br>Time: Vacated<br>Courtroom: 4<br>3470 Twelfth Street<br>Riverside, Ca 92501<br>Hon. David T. Bristow |

-1-

**Declaration of Mark S. Adams in Support of Motion
for Order Increasing Payments From the Receivership**

ORIGINAL DOCUMENT
PREPARED ON RECYCLED PAPER

## DECLARATION OF MARK S. ADAMS

I, Mark S. Adams, declare:

1. I am an attorney duly licensed to practice law in the State of California. I was the original receiver appointed by the Court in the above-referenced case ("Mark Adams Receivership"). I was also the president of Duroville Renaissance Corp., the non-profit California corporation subsequently appointed as receiver for Duroville ("DRC Receivership"). I served in such capacity on the Duroville mobile home park (the "Park") from February 11, 2008 until April 30, 2009, when Thomas J. Flynn was appointed as the receiver to replace me.

2. In order to obtain financing essential to the operations of the receivership and with the full knowledge of the Court and the parties, I borrowed a total of $219,420.00 (the "Loan") from Clearinghouse Community Development Financial Institution ("CDFI"). All interested parties were aware that CDFI expected the Loan would be repaid from the cashflow of the Park (although first priority would always be given to the protection of the health and safety needs of the residents). All interested parties, including the Court, encouraged CDFI to make the Loan and all interested parties intended the Loan would be repaid from Park revenues (at the time, it was intended that this Loan would be rolled into a contemplated rehab loan of approximately $3 million that CDFI was attempting to make for Duroville; the only conceivable source of repayment for either loan was the cashflow of the Park). Both CDFI and I, as the Court's receiver, relied upon the Court's backing in entering this crucial Loan.

3. Attached hereto as Exhibit 1 are various Quickbook records which in one form or another were previously submitted and reviewed by the Court. Those documents show: (1) of the $219,420 advanced by CDFI, $62,790 was directly paid to Thomas Flynn and to the other two members of the Study Group (Jack

-2-

Declaration of Mark S. Adams in Support of Motion  
for Order Increasing Payments From the Receivership

ORIGINAL DOCUMENT  
PREPARED ON RECYCLED PAPER

Shine and Pierre Prosper); (2) a total of $120,000 was paid to Thomas Flynn from May, 2008 to April, 2009 (while not all those funds came directly from CDFI none of the $120,000 could have been paid without CDFI's loan covering other operating expenses of Duroville); and (3) of the funds paid to me, I had to re-lend $14,432.72 to the receivership to cover operating expenses which otherwise would not have been paid.

4. The Loan funds were essential, and the Mark Adams and DRC Receiverships and Study Group could not have succeeded without those funds for the benefit of the tenants, the property, and even Mr. Duro (previously ordered along with Desert Mobilehome Park, Inc. to pay $220,000 in receivership and Study Group expenses). All parties and the Court knew from the beginning that the only source of funds to handle the emergency health and safety repairs needed at Duroville was the CDFI line of credit. Simply put, and as the Court has previously acknowledged, the CDFI Loan was the only thing that allowed the receivership and Study Group to go forward.

5. It seems particularly unfair to me that parties who received the direct or indirect benefit of the CDFI Loan would oppose its repayment. It is also unfair that Duro, who was found personally liable to pay the Study Group $220,000, has received both the benefit of CDFI's Loan (a portion of which went to the Study Group and the rest benefited the Park) and has received an increased stipend from Park revenues. Meanwhile, CDFI has received no pay down on the principal of its

\\\
\\\
\\\
\\\
\\\
\\\

-3-

Declaration of Mark S. Adams in Support of Motion
for Order Increasing Payments From the Receivership

ORIGINAL DOCUMENT
PREPARED ON RECYCLED PAPER

Loan. CDFI has requested that its monthly payment be increased by $5,000 per month to apply toward Loan principal and I recommend that the Court approve that application.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 14th day of September, 2010 at Los Angeles, California.

_____
MARK S. ADAMS

-4-

Declaration of Mark S. Adams in Support of Motion
for Order Increasing Payments From the Receivership

ORIGINAL DOCUMENT
PREPARED ON RECYCLED PAPER

Report: Transaction Report

Page 1 of 1

# Mark Adams Receiverships Account
## Transaction Report
### All Dates

| Date | Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **CDFI Funds** | | | | | | | | |
| 04/08/2008 | Journal Entry | 32 | | funds disbursed as of 4/8/08 | CDFI Funds | -SPLIT- | 128,420.00 | 128,420.00 |
| 04/21/2008 | Deposit | | CDFI | | CDFI Funds | Duroville | 21,000.00 | 149,420.00 |
| 06/18/2008 | Journal Entry | 41 | | | CDFI Funds | -SPLIT- | 70,000.00 | 219,420.00 |
| **Total for CDFI Funds** | | | | | | | **$219,420.00** | |
| **TOTAL** | | | | | | | **$219,420.00** | |

Saturday, Sep 04, 2010 12:29:26 PM GMT-7 - Cash Basis

https://qbo.intuit.com/qbo28/reports/370905981/execute?rptid=370905981-GENERIC_QZ...   9/4/2010

EXHIBIT

## Mark Adams Receiverships Account
## Transaction Report
### All Dates

| Date | Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Advance from Receiver** | | | | | | | | |
| 02/14/2008 | Deposit | | Mark Adams Attorney at Law | to open checking account | Advance from Receiver | Duroville | 100.00 | 100.00 |
| 03/04/2008 | Deposit | | Mark Adams Attorney at Law | advance from CDFI LOC | Advance from Receiver | Duroville | 60,171.25 | 60,271.25 |
| 04/01/2008 | Deposit | | Mark Adams Attorney at Law | | Advance from Receiver | Duroville | 7,000.00 | 67,271.25 |
| 04/08/2008 | Journal Entry | 32 | | pay back receiver | Advance from Receiver | -SPLIT- | -60,000.00 | 7,271.25 |
| 04/10/2008 | Check | EFT | Mark Adams Attorney at Law | pay back advance | Advance from Receiver | Duroville | -7,000.00 | 271.25 |
| 04/11/2008 | Deposit | | Mark Adams Attorney at Law | Advance from MA | Advance from Receiver | Duroville | 7,400.00 | 7,671.25 |
| 08/01/2008 | Deposit | | Mark Adams Attorney at Law | from MA personal | Advance from Receiver | Duroville | 425.00 | 8,096.25 |
| 09/04/2008 | Deposit | | Mark Adams Attorney at Law | MA personal loan | Advance from Receiver | Duroville | 1,600.00 | 9,696.25 |
| 10/07/2008 | Deposit | | Mark Adams Attorney at Law | MA personal | Advance from Receiver | Duroville | 1,600.00 | 11,296.25 |
| 11/06/2008 | Deposit | | Mark Adams Attorney at Law | MA personal advance | Advance from Receiver | Duroville | 1,600.00 | 12,896.25 |
| 12/22/2008 | Journal Entry | 66 | | MA paid CDFI loan payment | Advance from Receiver | -SPLIT- | 1,609.58 | 14,505.83 |
| 10/15/2009 | Check | | Mark Adams Attorney at Law | close account-payback receiver | Advance from Receiver | Duroville | -73.11 | 14,432.72 |
| **Total for Advance from Receiver** | | | | | | | | **$14,432.72** |
| **TOTAL** | | | | | | | | **$14,432.72** |

Saturday, Sep 04, 2010 12:30:21 PM GMT-7 - Cash Basis

## Mark Adams Receiverships Account
### Transaction Report
#### All Dates

**Professional Fees**

| Date | Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/04/2008 | Check | 192 | Thomas J. Flynn | February retainer | Professional Fees | Duroville | 5,000.00 | 5,000.00 |
| 03/10/2008 | Check | 194 | Jack Shine | February '08 invoice | Professional Fees | Duroville | 11,250.00 | 16,250.00 |
| 04/01/2008 | Check | 195 | Thomas J. Flynn | March retainer | Professional Fees | Duroville | 5,000.00 | 21,250.00 |
| 04/11/2008 | Check | 103 | Jack Shine | March '08 Invoice | Professional Fees | Duroville | 19,875.00 | 41,125.00 |
| 04/11/2008 | Check | 104 | Arent Fox, LLC | Invoice 1135632 | Professional Fees | Duroville | 7,665.00 | 48,790.00 |
| 04/22/2008 | Check | 197 | Thomas J. Flynn | April Retainer | Professional Fees | Duroville | 5,000.00 | 53,790.00 |
| 04/24/2008 | Check | 198 | Arent Fox, LLC | Partial payment Invoice 1137694 | Professional Fees | Duroville | 9,000.00 | 62,790.00 |

**Total for Professional Fees**: 62,790.00

**TOTAL**: 62,790.00

Saturday, Sep 04, 2010 12:24:35 PM GMT-7 - Cash Basis

EXHIBIT 1
7

## Duroville Renaissance Corporation
### Transaction Report
#### All Dates

**Management Fee**

| Date | Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/12/2008 | Check | 92 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 7,500.00 |
| 05/15/2008 | Check | 93 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 15,000.00 |
| 06/01/2008 | Check | 1019 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 22,500.00 |
| 06/15/2008 | Check | 1020 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 30,000.00 |
| 07/05/2008 | Check | 1026 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 37,500.00 |
| 08/03/2008 | Check | 1057 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 45,000.00 |
| 08/16/2008 | Check | 1067 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 48,750.00 |
| 09/08/2008 | Check | 1084 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 56,250.00 |
| 09/15/2008 | Check | 1090 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 60,000.00 |
| 09/26/2008 | Check | 1103 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 63,750.00 |
| 10/10/2008 | Check | 1114 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 67,500.00 |
| 11/04/2008 | Check | 1129 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 71,250.00 |
| 12/01/2008 | Check | 1159 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 75,000.00 |
| 12/15/2008 | Check | 1169 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 78,750.00 |
| 12/15/2008 | Check | 1170 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 82,500.00 |
| 01/01/2009 | Check | 1186 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 86,250.00 |
| 01/17/2009 | Check | 1183 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 90,000.00 |
| 02/01/2009 | Check | 1202 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 93,750.00 |
| 02/24/2009 | Check | 1214 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 7,500.00 | 101,250.00 |
| 03/10/2009 | Check | 1235 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 105,000.00 |
| 03/23/2009 | Check | 1237 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 108,750.00 |
| 04/01/2009 | Check | 1248 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 112,500.00 |
| 04/10/2009 | Check | 1271 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 116,250.00 |
| 04/20/2009 | Check | 1250 | Tom Flynn | | Management Fee | California Bank & Trust-7601 | 3,750.00 | 120,000.00 |

**Total for Management Fee** 120,000.00
**TOTAL** 120,000.00

Saturday, Sep 04, 2010 12:19:47 PM GMT-7 - Cash Basis

EXHIBIT 1
8

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Shane E. Coons, hereby declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: Frankel & Tennant Professional Corporation, 895 Dove Street, Suite 119, Newport Beach CA 92660. I am employed in the office of a member of the bar of this court at whose direction the service was made. I have personal knowledge of the matters set forth herein, and, if necessary could and would testify competently thereto.

On September 14, 2010, I served the foregoing document described as DECLARATION OF MARK S. ADAMS IN SUPPORT OF MOTION FOR ORDER INCREASING PAYMENTS TO CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION FROM CERTAIN PROCEEDS FROM THE RECEIVERSHIP OF DESERT MOBILEHOME PARK, INC.; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF on all interested parties in this action by placing true copies thereof in the U.S. Mail, enclosed in sealed envelopes, with postage thereon fully prepaid, addressed as stated on the attached mailing list:

**[SEE ATTACHED SERVICE LIST]**

I personally deposited such envelopes in the mail at Newport Beach, California.

I also served the foregoing document via EMAIL on each of the following:
Jon.klinck@usdoj.gov
Monica.miller@usdoj.gov
szundellaw@msn.com
arrodriguez@crla.org
cgs@cgslaw.com
ijacobs@crla.org
cberkey@abwwlaw.com
swilliams@abwwlaw.com
terry.jennifer@arentfox.com
madams@calreceivers.com

Each envelope was mailed to the addressees on the attached service list with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on September 14, 2010.

_____
SHANE E. COONS

# SERVICE LIST
## United States of America v. Harvey Duro, et al.
US District Court Central District of California
Case No. EDCV07-1309 SGL (JCRx)

**Plaintiff's Counsel**

Jonathan B. Klinck, AUSA
Office of the United States Attorney
Civil Division
300 N Los Angeles Street Ste 7516
Los Angeles CA 90012

Monica L. Miller, AUSA
Office of the United States Attorney
Civil Division
300 N Los Angeles Street Ste 7516
Los Angeles CA 90012

**Defendants' Counsel**

J. Scott Zundel
74-000 Country Club Dr Ste C-4
Palm Desert CA 92260

**Intervenor Defendants' Counsel**

Arturo Rodriguez
California Rural Legal Assistance Inc.
1460 Sixth St
PO Box 35
Coachella CA 92236

Chandra G. Spencer
Chandra Gehri Spencer Law Offices
445 S Figueroa St Ste 2700
Los Angeles CA 90071

Ilene J. Jacobs
California Rural Legal Assistance
511 D Street
PO Box 2600 Marysville CA 95901-2600

**Receiver**

Mark S. Adams
3435 Ocean Park Blvd Ste 112
Santa Monica CA 90405

**Special Master Prosper**

Jennifer Cannon Terry
Arent Fox
555 West Fifth St Fl 48
Los Angeles CA 90071

**Amicus**

Clinton Burr
10 South Riverside Plaza Ste 1800
Chicago Il 60606

Curtis Gene Berkey
Alexander Berkey Williams
2030 Addison St Ste 410
Berkeley CA 94704

**Jose Luis Crisantos Pro Se**
Jose Luis Crisantos
68800 Hwy 195
PO Box 198
Thermal CA 92274