UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 07-1309-DTB**                              Date: **November 10, 2010**

Title:  **United States of America v. Harvey Duro, Sr., et al.**

**DOCKET ENTRY**

PRESENT:

**HON. <u>DAVID T. BRISTOW</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Deb Taylor</u> | <u>    n/a    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                                              None present

**PROCEEDINGS:  (IN CHAMBERS)**

**MOTION FOR ORDER INCREASING PAYMENTS TO CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION**

The Court is in receipt of the "Notice of Motion and Motion for Order Increasing Payments to Clearinghouse Community Development Financial Institution from Certain Proceeds from the Receivership of Desert Mobilehome Park, Inc." ("Motion"), which has been brought by Clearinghouse Community Development Financial Institution ("CDFI").  CDFI is not a party to this action.  Rather, it is a financial institution which provided funding to the initial provisional receiver appointed in this matter, attorney Mark Adams.  Filed in support of the Motion are the Declarations of Kristy Ollendorff and Douglas Tennant.  The Court has also received and reviewed the following documents from the following parties and/or interested parties to this action:

> Opposition to the Motion filed by plaintiff United States of America on August 13, 2010;
> Notice of Withdrawal of Response in Opposition to Motion filed by plaintiff United States of America on August 13, 2010;
> Opposition to the Motion filed by defendant Harvey Duro, Sr. on August 31, 2010;
> Opposition to the Motion filed by intervenor defendants Orbelina Escobar,

MINUTES FORM 11                                                    Initials of Deputy Clerk <u> dts  </u>
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 07-1309-DTB                                    November 10, 2010
   **United States of America v. Harvey Duro, Sr., et al.**                    Page 2

-------------------------------------------------------------------------------------------------------------------

Cruz Navarro and Delfina Ochoa on August 31, 2010;
Reply in Support of Motion filed by CDFI on September 14, 2010;
Declaration of Mark Adams in Support of Motion filed by CDFI on September 14, 2010;
Statement of Position in Response to CDFI's Reply to Motion filed by plaintiff United States of America on September 20, 2010[1]; and
Sur-Reply in Support of Motion filed by CDFI on September 23, 2010;

The Court has also reviewed the following previous Court minutes and orders of this Court:

Minute Order dated February 11, 2009, whereby the Court appointed two special masters (Ambassador Pierre-Richard Prosper and Jack Shine) and a provisional receiver (Mark Adams) (the special masters and provisional receiver are collectively referred to as the "Study Group"), and ordered that they be paid their costs and reasonable fees;
Order granting plaintiff's motion for preliminary injunction, dated May 1, 2008;
Minute Order dated May 23, 2008, whereby the Court ordered that defendants Harvey Duro, Sr. and Desert Mobilehome Park, Inc. ("DMP") pay the Study Group the following amounts: Ambassador Pierre-Richard Prosper - $62,000.00; Jack Shine - $36,000.00; Mark Adams - $122,000.00 for a total of $220,000.00;
Civil Minutes dated June 25, 2008, relating to the Court's Order re: settlement conference;

---

[1] In its Statement of Position, plaintiff United States asserts its concern that the Court might seek to create an encumbrance of Mr. Duro's allotted land in violation of 25 U.S.C. § 348. (Dkt. # 275 at 3-5.) As this Order does not create or imply any lien or mortgage on Mr. Duro's allotment on behalf of CDFI, the Court finds that 25 U.S.C. § 348 is not at issue here.

MINUTES FORM 11                                          Initials of Deputy Clerk dts
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 07-1309-DTB                                            November 10, 2010
**United States of America v. Harvey Duro, Sr., et al.**                        Page 3

---

Civil Minutes dated October 1, 2009; and
Civil Minutes dated April 30, 2009.

In addition, the Court has read and considered all of the monthly reports of Receiver Thomas Flynn, as well as the accounting of revenue and expenses pertaining to the operation of the Desert Mobilehome Park pursuant to the receivership imposed by this Court on February 11, 2008.

The Court notes the following, as background to the instant Motion: The Court appointed attorney Mark Adams to act as provisional receiver of DMP, which operates a mobile home park on Mr. Duro's allotment that is sometimes referred to as "Duroville" (the "Park"), on February 11, 2008. (Dkt. # 59.) Subsequently, on April 4, 2008, Mr. Adams secured a credit facility with CDFI in the amount of $150,000.00 (Second Receiver's Report of M. Adams, Dkt. # 90). This loan was incurred by Mr. Adams individually, and he was also a guarantor thereof (Decl. Ollendorff, Exhs. A & B). The purpose of the loan was ostensibly to pay for the reasonable costs and fees of the Study Group. On May 23, 2008, following the issuance of the preliminary injunction in favor of plaintiffs, the Court ordered defendants Duro and DMP to pay the costs of the Study Group as follows: Ambassador Pierre-Richard Prosper - $62,000.00; Jack Shine - $36,000.00; Mark Adams - $122,000.00 (Dkt. # 96). Thereafter, Mr. Adams sought to increase the amount of the credit facility by an additional $70,000.00 to reflect the Court-ordered payments to the Study Group, thereby increasing his indebtedness to CDFI to the amount of $220,000.00 (Decl. Ollendorff, ¶¶ 5-6). According to CDFI, it relied on the Court's May 23, 2008 Order in agreeing to increase the credit facility to Adams to the amount of $220,000.00. (Id.) However, notwithstanding the increased amount of the credit facility and this Court's May 23, 2008, Order, neither Ambassador Prosper nor Mr. Shine were paid the amounts as ordered by the Court. This occurred in spite of Mr. Adams' receipt of proceeds in the amount of $219,417.00 from the CDFI credit facility. Mr. Adams apparently controlled the disbursement of these funds. (Decl. Ollendorff ¶ 6.) Thus, Mr. Shine is still owed $5,375, and Ambassador Prosper is still owed $46,279.44. As such, of the $219,417.00 claimed owed by CDFI, only $168,345.56 was actually paid to the Study Group pursuant to the

MINUTES FORM 11                                          Initials of Deputy Clerk dts
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: EDCV 07-1309-DTB                                             November 10, 2010
   **United States of America v. Harvey Duro, Sr., et al.**                                   Page 4

-----------------------------------------------------------------------------------------------------------------

Court's May 23, 2008, Order.

   CDFI premises the instant Motion on this Court's inherent equitable powers, and seeks to increase the amount paid to it from the rents collected by receiver Thomas Flynn.  Having considered the foregoing, the Court hereby rules as follows: The Court MODIFIES its prior Order of April 30, 2009, as follows:

   The receiver, Thomas Flynn, shall pay CDFI interest on the amount of the loan which was actually paid to the Study Group, in the sum of $168,345.56 (at the rate of 8.5 percent per annum), approximately $1,200.00 per month.

   The Court further GRANTS the Motion in part and DENIES it in part.  CDFI's request for additional payment towards the underlying principal is GRANTED.  The receiver, Thomas Flynn, is directed to pay CDFI an additional sum of one thousand dollars ($1,000.00) per month towards the modified principal amount of $168,345.56.  This is in addition to the monthly $1,200.00 interest payment.  To the extent any reduction in principal reduces the interest payment, the receiver shall apply the difference between $1,200.00 and the actual interest payments towards the principal, such that the payment remains at a gross monthly sum of $2,200.00.  In light of the monthly reports submitted by Mr. Flynn, the available free cash flow generated by the rental receipts at the Park, when considered on an annualized basis, and in light of the significant expenditures required to ensure the safety of the Park tenants and the continued viability of the Park's operation, no additional increase (or decrease) in the amount of payments to CDFI is warranted at this time.  CDFI's request to decrease Mr. Duro's monthly stipend is DENIED.

   IT IS SO ORDERED.